IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.,<br><br>  Defendant. | Civil Action No. 4:18-cv-00474-ALM |

**DECLARATION OF KASI CRAWFORD IN SUPPORT OF
MOTION OF DEFENDANT AMAZON.COM, INC. TO
TRANSFER VENUE TO THE EASTERN DISTRICT OF VIRGINIA**

I, Kasi Crawford, hereby declare as follows:

1. I have personal knowledge of the facts in this declaration.

2. I am currently a Site Leader for Amazon.com Services, Inc., a subsidiary of Amazon.com, Inc. In this role, I am responsible for overseeing operations at Amazon fulfillment centers including those located in Texas.

3. One of Amazon's fulfillment centers in Texas is located at 15201 Heritage Parkway, Ft. Worth, Texas 76177. This is the only fulfilment center located in the Eastern District of Texas.

4. This fulfillment center, like other Amazon fulfilment centers, is a warehouse of goods that can be purchased on www.amazon.com. It is not involved in the design or development of Amazon Echo, the Alexa voice service, Fire TV, Dash Button, Dash Replenishment Service, or Fire HD Tablets. No employee with knowledge of the design, development, or technical operation of these products and services works at this fulfillment center or any other fulfillment center in Texas. Nor does Amazon maintain any documents or source code related to the design, development, or operation of these products and services at this fulfillment center or any other fulfillment center in Texas. This fulfillment center also does not have any employees with knowledge of financial and marketing information relating to Amazon Echo, the Alexa voice service, Fire TV, Dash Button, Dash Replenishment Service, or Fire HD Tablets; and no such information is maintained or stored there.

5. Amazon has three fulfilment centers in the Eastern District of Virginia. Those centers are located in the towns of Chester, Petersburg, and Sterling.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of October, 2018.

_____
Kasi Crawford