# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Civil Action No. 4:18-cv-474-ALM <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND MOTION TO TRANSFER BRIEFING DEADLINES

Plaintiff Virginia Innovation Sciences, Inc. and Defendant Amazon.com, Inc. (collectively "parties") file this Joint Motion to Extend Motion to Transfer Briefing Deadlines and request that the Court extend the deadlines 1) for Plaintiff to file its answering brief in response to the Motion to Transfer Venue to October 22, 2018, and 2) for Defendant to file its Reply brief to November 5, 2018. Defendant filed Motion to Transfer on October 1, 2018, Plaintiff's current deadline to file its answering brief is October 15, 2018, and Defendant's current deadline to file its reply is October 22. The reason for the extension is to accommodate the schedule of Plaintiff's counsel, and provide additional time for response.

WHEREFORE, the parties respectfully request that this Court enter an order extending the following deadlines:

1) for Plaintiff to file its answering brief in response to the Motion to Transfer Venue to October 22, 2018, and

2) for Defendant to file its Reply brief to November 5, 2018

| | |
|---|---|
| Dated: October 10, 2018 | Respectfully, |
| FENWICK & WEST LLP | DEVLIN LAW FIRM LLC |
| */s/ Jeffrey Ware* | */s/ Timothy Devlin* |
| J. David Hadden CA Bar No. 176148<br>(Admitted E.D. Tex.)<br>Email: dhadden@fenwick.com<br>Saina S. Shamilov CA Bar No. 215636<br>(Admitted E.D. Tex.)<br>Email: sshamilov@fenwick.com<br>Ravi R. Ranganath CA Bar No. 272981<br>(Admitted E.D. Tex.)<br>Email: rranganath@fenwick.com<br>**FENWICK & WEST LLP**<br>Silicon Valley Center<br>801 California Street Mountain View,<br>California 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200 | Timothy Devlin<br>tdevlin@devlinlawfirm.com<br>1306 N. Broom St., 1st Floor<br>Wilmington, Delaware 19806<br>Telephone: (302) 449-9010<br>Facsimile:  (302) 353-4251<br><br>*Attorneys for Plaintiff*<br>*Virginia Innovation Sciences, Inc.* |

Todd R. Gregorian CA Bar No. 236096
(Admitted E.D. Tex.)
Email: tgregorian@fenwick.com
Dargaye Churnet CSB No. 303659
(Admitted E.D. Tex.)
Email: dchurnet@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Jeffrey Ware CA Bar No. 271603
(Admitted E. D. Tex.)
Email: jware@fenwick.com
**FENWICK & WEST LLP**
1191 Second Avenue, 10h Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

*Attorneys for Defendant Amazon.com, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

DATED: October 10, 2018                          */s/ Timothy Devlin*
                                                                          Timothy Devlin