IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>       Defendant. | Civil Action No. 4:18-cv-474-ALM<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO EXTEND**
**MOTION TO TRANSFER BRIEFING DEADLINES**

Before the Court is Plaintiff Virginia Innovation Sciences, Inc. and Defendant Amazon.com, Inc.'s Joint Motion to Extend Motion to Transfer Briefing Deadlines

The Motion is Granted.

It is ORDERED that

1) the deadline for Plaintiff to file answering brief in response to the Motion to Transfer Venue is extended to October 22, 2018; and

2) the deadline for Defendant to file its Reply brief to is extended to November 5, 2018.