IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. <br><br> Defendant. | Civil Action No. 4:18-cv-00474-ALM <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff Virginia Innovation Sciences, Inc. ("VIS") files this Notice of Appearance, and hereby notifies the Court that Donald L. Jackson of the law firm Davidson Berquist Jackson & Gowdey, LLP, 8300 Greensboro Dr., Suite 500, McLean, Virginia 22102, Telephone 571-765-7703, Fax (703) 571-7200, Email: djackson@dbjg.com, has entered this action as counsel for VIS.  In connection with this notice, Mr. Jackson requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information or using the Court's ECF system.

Dated: November 13, 2018             Respectfully submitted,

                                                    */s/ Donald L. Jackson*_____
                                                    Donald L. Jackson
                                                    VA Bar No. 42882
                                                    Davidson Berquist Jackson & Gowdey, LLP
                                                    8300 Greensboro Dr., Suite 500
                                                    McLean, VA 22102
                                                    Telephone:  703-571-7700
                                                    Facsimile:  703-571-7200
                                                    djackson@dbjg.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2018, true and correct copies of the foregoing were served upon all parties via the Court's ECF delivery system.

                                                    */s/ Donald L. Jackson*
                                                    Donald L. Jackson