**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC.,<br>Plaintiff,<br>v.<br>AMAZON.COM, INC.,<br>Defendant. | **Civil Action No. 4:18-cv-474-ALM**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW**
**TIMOTHY DEVLIN AS ATTORNEY OF RECORD.**

COMES NOW Plaintiff Virginia Innovation Sciences, Inc. ("VIS") to file this Unopposed Motion to Withdraw Timothy Devlin of Devlin Law Firm LLC as attorney of record of the above captioned case, and that he be removed from the electronic service list in this case. Plaintiff further requests that Donald L. Jackson of Davidson Berquist Jackson & Gowdey, LLP at 8300 Greensboro Dr., Suite 500, McLean, Virginia 22102 be substituted as lead counsel for Plaintiff. Mr. Jackson has entered an appearance for Plaintiff in this case. Plaintiff has conferred with counsel for Defendant, and Defendant does not oppose the motion to withdraw.

Dated: January 3, 2019

Respectfully,

DEVLIN LAW FIRM LLC

*<u>/s/ Timothy Devlin</u>*
Timothy Devlin
tdevlin@devlinlawfirm.com
1306 N. Broom St., 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Virginia Innovation Sciences, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

DATED: January 3, 2019

*/s/ Timothy Devlin*
Timothy Devlin