IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Civil Action No.4:18-cv-00474-ALM <br><br> JURY TRIAL DEMANDED |

## NOTICE OF RELATED DECISION

Pending before this Court is the motion to substitute Innovation Sciences LLC as party plaintiff, replacing Virginia Innovation Sciences, Inc.  *See* Doc. 22 (filed November 29, 2018). On January 29, 2019, the Court of Appeals for the Federal Circuit granted a similar motion in the action pending before it over the objections of Amazon.com, Inc.  A copy of that Order is attached.

Defendant Amazon.com, Inc. does not join, but does not oppose, this submission.

Date:  February 1, 2019

Respectfully submitted:

*/s/ Donald L. Jackson*
Donald L. Jackson VA Bar No. 42,882
(Admitted E.D. Tex.)
James D. Berquist VA Bar No. 42,150
(Admitted E.D. Tex.)
Davidson Berquist Jackson & Gowdey LLP
8300 Greensboro Dr., Suite 500
McLean, Virginia  22102
571-765-7700 (p)
571-765-7200 (f)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

DATED:  February 1, 2019                    */s/ Donald L. Jackson*
                                            Donald L. Jackson