NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INNOVATION SCIENCES, LLC,**
*Plaintiff-Appellant*

v.

**AMAZON.COM, INC.,**
*Defendant-Appellee*

---

2018-1495

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:16-cv-00861-LO-MSN, Judge Liam O'Grady.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Virginia Innovation Sciences, Inc. ("VIS") moves to substitute Innovation Sciences, LLC as Appellant in this appeal. Amazon.com, Inc. opposes the motion.

VIS notes and submits supporting exhibits showing that it merged into Innovation, that VIS no longer exists

2    INNOVATION SCIENCES, LLC v. AMAZON.COM, INC.

as a separate entity, and that all rights, title, and interests in the patents-in-suit now belong to Innovation.

Amazon does not dispute the accuracy of the exhibits. Instead, it contends that the motion should be denied because the corporate transaction was devised to manipulate venue in a related case between the parties now before the United States District Court for the Eastern District of Texas in which Amazon is seeking transfer.

Having considered the submissions, the court agrees to grant the motion for the purposes of captioning this appeal. In doing so, the court takes no position on whether the transaction should be given any weight in Amazon's transfer motion in the district court and grants the motion without prejudice to Amazon's ability to contest the substitution in the district court case.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption and short caption are reflected in this order.

(2) A copy of this order shall be transmitted to the merits panel assigned to this appeal to inform the panel of the caption change.

FOR THE COURT

<u>Jan. 29, 2019</u>      <u>/s/ Peter R. Marksteiner</u>
Date        Peter R. Marksteiner
         Clerk of Court

s32