IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., <br>      Plaintiff, <br>   v. <br> AMAZON.COM, INC., <br>      Defendant. | Civil Action No.4:18-cv-00474-ALM <br><br> JURY TRIAL DEMANDED |
| INNOVATION SCIENCES, LLC, <br>      Plaintiff, <br>   v. <br> RESIDEO TECHNOLOGHIES, INC., <br>      Defendant. | Civil Action No.4:18-cv-00475-ALM <br><br> JURY TRIAL DEMANDED |
| INNOVATION SCIENCES, LLC, <br>      Plaintiff, <br>   v. <br> HTC CORPORATION, <br>      Defendant. | Civil Action No.4:18-cv-00476-ALM <br><br> JURY TRIAL DEMANDED |
| INNOVATION SCIENCES, LLC, <br>      Plaintiff, <br>   v. <br> Vector Security, Inc., <br>      Defendant. | Civil Action No.4:18-cv-00477-ALM <br><br> JURY TRIAL DEMANDED |

**Order Granting Motion for Protective Order**

Having considered the Motion for Protective Order filed by Plaintiff Innovation Sciences, LLC's (f/ka/ Virginia Innovation Sciences, Inc.)("Innovation"), the Court is of the opinion that the motion is well taken and should be GRANTED. It is therefore ORDERED that Innovation's confidentiality designations on its claim charts shall remain.