# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| VIRGINIA INNOVATION SCIENCES, INC. | § § § § § § § | No. 4:18-cv-00474-ALM (Lead consolidated case) |
| v. | | |
| AMAZON.COM, INC. | | |

___

| | | |
|---|---|---|
| INNOVATION SCIENCES, INC. | § § § § § | No. 4:18-cv-00475-ALM |
| v. | | |
| RESIDEO TECHNOLOGIES, INC. | | |

___

| | | |
|---|---|---|
| INNOVATION SCIENCES, INC. | § § § § § § | No. 4:18-cv-00476-ALM |
| v. | | |
| HTC CORPORATION | | |

___

| | | |
|---|---|---|
| INNOVATION SCIENCES, INC. | § § § § § | No. 4:18-cv-00477-ALM |
| v. | | |
| VECTOR SECURITY, INC. | | |

___

**JOINT MOTION TO EXTEND PROPOSED AMENDMENTS DEADLINE**

Plaintiff Innovation Sciences, Inc. ("Plaintiff") and Defendants Amazon.com, Inc.,

Resideo Technologies, Inc., HTC Corporation and Vector Security, Inc. (collectively

1

"Defendants") file this Joint Motion to Extend the Proposed Amendments Deadline imposed in the Court's March 13, 2019 Order (Dkt. 79). The parties' current deadline to submit proposed amendments to the protective order, discovery order, or appointment of a mediator is March 27, 2019, and the parties request an extension of that deadline to April 3, 2019.

The purpose for the extension is so that the parties can continue negotiating and refine their agreements regarding the terms of the protective order and edits to the discovery order.

WHEREFORE, the parties respectfully request that this Court enter an order extending the deadline for the parties to submit proposed amendments to the protective order, discovery order, or appointment of a mediator to April 3, 2019.

Dated: March 26, 2019                                    Respectfully submitted,

*/s/ Donald L. Jackson*
Donald L. Jackson
VA Bar No. 42,882 (Admitted E.D. Tex.)
James D. Berquist
VA Bar No. 42,150 (Admitted E.D. Tex.)
**DAVIDSON BERQUIST JACKSON & GOWDEY LLP**
8300 Greensboro Drive, Suite 500
McLean, Virginia 22102
Telephone: 571.765.7700
Facsimile: 571.765.7200

James L. Etheridge
Texas Bar No. 24059147
Jim@EtheridgeLaw.com
Ryan S. Loveless
Texas Bar No. 24036997
Ryan@EtheridgeLaw.com
**ETHERIDGE LAW GROUP, PLLC**
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: 817.470.7249
Facsimile: 817.887.5950

**ATTORNEYS FOR PLAINTIFF**

*/s/ J. Thad Heartfield*
J. Thad Heartfield
Texas Bar No. 09346800
thad@heartfieldlawfirm.com
M. Dru Montgomery
Texas Bar No. 24010800
dru@heartfieldlawfirm.com
Stephen L. Townsend
Texas Bar No. 24071539
stephen@heartfieldlawfirm.com
**THE HEARTFIELD LAW FIRM**
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409.866.3318
Facsimile: 409.866.5789

Brett Williamson *(Pro Hac Vice)*
bwilliamson@omm.com
Cameron Westin (*Pro Hac Vice*)
cwestin@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: 949-823-6900
Facsimile: 949-923-6994

Brian Berliner *(Pro Hac Vice)*
bberliner@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Melody Drummond Hansen *(Pro Hac Vice)*
mdrummondhansen@omm.com
**O'MELVENY & MYERS LLP**
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: 650-473-2600
Facsimile: 650-473-2601

**Attorneys for Defendant
RESIDEO TECHNOLOGIES, INC.**



*/s/ Philip Ou*
Yar R. Chaikovsky
yarchaikovsky@paulhastings.com
Philip Ou
philipou@paulhastings.com
1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone: 1(650) 320-1800
Facsimile: 1(650) 320-1900

Harry L. Gillam, Jr.
TX Bar No. 07921800
**GILLAM & SMITH LLP**
303 S. Washington Ave.

Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

**Attorneys for Defendant**
**HTC CORPORATION**

/s/ *Bret T. Winterle*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Bret T. Winterle
Texas Bar No. 24084249
winterle@fr.com
Michael A. Vincent
Texas Bar No. 24105738
vincent@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 Telephone
(214) 747-2091 Facsimile

**Attorneys for Defendant**
**VECTOR SECURITY, INC**.

/s/ *Ravi R. Ranganath*
J. David Hadden
CA Bar No. 176148 (Admitted E.D. Tex.)
Email: dhadden@fenwick.com
Saina S. Shamilov
CA Bar No. 215636 (Admitted E.D. Tex.)
Email: sshamilov@fenwick.com
Ravi R. Ranganath
CA Bar No. 272981 (Admitted E.D. Tex.)
Email: rranganath@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Todd R. Gregorian
CA Bar No. 236096 (Admitted E.D. Tex.)
Email: tgregorian@fenwick.com
Dargaye Churnet
CSB No. 303659 (Admitted E.D. Tex.)
Email: dchurnet@fenwick.com
Sapna Mehta
CA Bar No. 288238 (Admitted E.D. Texas)
Email: smehta@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Jeffrey Ware
CA Bar No. 271603 (Admitted E. D. Tex.)
Email: jware@fenwick.com
**FENWICK & WEST LLP**
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

*Counsel for Defendant*
AMAZON.COM, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                      */s/ J. Thad Heartfield*
                                                      J. Thad Heartfield