# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC., et al. <br><br> Defendants. | Civil Action No. 4:18-cv-00474-ALM <br> (LEAD CONSOLIDATED CASE) <br><br> JURY TRIAL DEMANDED |
| INNOVATION SCIENCES, LLC, <br><br> Plaintiff, <br> v. <br><br> RESIDEO TECHNOLOGIES, INC., <br><br> Defendant. | Civil Action No. 4:18-cv-00475-ALM |
| INNOVATION SCIENCES, LLC, <br><br> Plaintiff, <br> v. <br><br> HTC CORPORATION, <br><br> Defendant. | Civil Action No. 4:18-cv-00476-ALM |
| INNOVATION SCIENCES, LLC, <br><br> Plaintiff, <br> v. <br><br> VECTOR SECURITY, INC., <br><br> Defendant. | Civil Action No. 4:18-cv-00477-ALM |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Innovation Sciences, LLC and Defendants Amazon.com, Inc., Amazon Digital Services, LLC, Amazon Web Services, Inc., Resideo Technologies, Inc., HTC Corporation, and Vector Security, Inc. file this motion to extend the deadline for filing the joint claim construction chart from June 28, 2019 to August 16, 2019 and the deadline for submitting technology tutorials from July 1, 2019 to August 19, 2019.

Good cause exists for this modest extension. The additional time will allow the parties to confer and submit a joint claim construction chart reflecting the parties' claim construction positions in light of the recently-completed briefing, and will allow the parties to further refine their tutorial presentations. These changes will require no further modification to the schedule because the Court continued the claim construction hearing in this case from July 10, 2019 to August 28, 2019.

Accordingly, the parties' respectfully request that the Court extend the deadline for filing the joint claim construction chart from June 28, 2019 to August 16, 2019 and the deadline for submitting technology tutorials from July 1, 2019 to August 19, 2019.

June 27, 2019

Respectfully submitted,

By: */s/ Dargaye Churnet*
J. David Hadden
CA Bar No. 176148 (Admitted E.D. Tex.)
Email: dhadden@fenwick.com
Saina S. Shamilov
CA Bar No. 215636 (Admitted E.D. Tex.)
Email: sshamilov@fenwick.com
Ravi R. Ranganath
CA Bar No. 272981 (Admitted E.D. Tex.)
Email: rranganath@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Todd R. Gregorian
CA Bar No. 236096 (Admitted E.D. Tex.)
Email: tgregorian@fenwick.com
Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Tex.)
Email: dchurnet@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Jeffrey Ware
CA Bar No. 271603 (Admitted E.D. Tex.)
Email: jware@fenwick.com
**FENWICK & WEST LLP**
1191 Second Avenue, 10h Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendants*
AMAZON.COM, INC.,
AMAZON DIGITAL SERVICES LLC,
AND AMAZON WEB SERVICES, INC.

*/s/ Bruce Yen*
Yar R. Chaikovsky
CA Bar No. 175421(admitted E.D. Tex.)
yarchaikovsky@paulhastings.com
Philip Ou
CA Bar No. 259896 (admitted E.D. Tex.)
philipou@paulhastings.com
Bruce S. Yen
State Bar No. 277920 (admitted E.D. Tex.)
bruceyen@paulhastings.com
**PAUL HASTINGS, LLP**
1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone:1(650) 320-1800
Facsimile: 1(650) 320-1900


Harry L. Gillam, Jr.
TX Bar No. 07921800
**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

Attorneys for Defendant
HTC CORPORATION


*/s/ J. Thad Heartfield*
J. Thad Heartfield
**The Heartfield Law Firm**
2195 Dowlen Rd
Beaumont, TX 77706
409-866-3318
409-866-5789 (fax)
thad@heartfieldlawfirm.com

Brett J. Williamson
Cameron Westin
**O'Melveny & Myers LLP - Newport Beach, CA**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
949-823-6900
949-823-6994 (fax)
bwilliamson@omm.com

Brian M. Berliner
**O'Melveny & Myers LLP - LA**
400 South Hope Street
Los Angeles, CA 90071
213-430-6000
213-430-6407 (fax)
bberliner@omm.com

Melody Drummond Hansen
**O'Melveny & Myers LLP Menlo Park**
2765 Sand Hill Road
Menlo Park, CA 94025
650-473-2600
650-473-2601 (fax)
mdrummondhansen@omm.com

*Counsel for Defendant*
RESIDEO TECHNOLOGIES, INC.

*/s/ Bret T. Winterle*
Bret T. Winterle
Texas Bar No. 24084249
winterle@fr.com Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Michael A. Vincent
Texas Bar No. 24105738
vincent@fr.com
Collin J. Marshall
Texas Bar No. 24109509
cmarshall@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 Telephone
(214) 747-2091 Facsimile

*Counsel for Defendant*
**VECTOR SECURITY, INC**

**DAVIDSON BERQUIST JACKSON & GOWDEY, LLP**

*/s/ Donald L. Jackson*
Donald L. Jackson; VA Bar No. 42882
(Admitted E.D. Tex.)
Email: djackson@dbjg.com
**DAVIDSON BERQUIST JACKSON & GOWDEY, LLP**
8300 Greensboro Dr., Suite 500
McLean, VA 22102
Telephone: (571) 765-7700
Facsimile: (571) 765-7200

*Attorneys for Plaintiff*
Innovation Sciences, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email on June 27, 2019.

*/s/ Dargaye Churnet*
Dargaye Churnet