# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC., et al. <br><br> Defendant. | Civil Action No. 4:18-cv-00474-ALM <br> (LEAD CONSOLIDATED CASE) <br><br> JURY TRIAL DEMANDED |
| INNOVATION SCIENCES, LLC, <br><br> Plaintiff, <br> v. <br><br> RESIDEO TECHNOLOGIES, INC., <br><br> Defendant. | Civil Action No. 4:18-cv-00475-ALM |
| INNOVATION SCIENCES, LLC, <br><br> Plaintiff, <br> v. <br><br> HTC CORPORATION, <br><br> Defendant. | Civil Action No. 4:18-cv-00476-ALM |
| INNOVATION SCIENCES, LLC, <br><br> Plaintiff, <br> v. <br><br> VECTOR SECURITY, INC., <br><br> Defendant. | Civil Action No. 4:18-cv-00477-ALM |

**NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING
DEFENDANTS' REQUEST FOR CLARIFICATION OF MODEL ORDER
FOCUSING PATENT CLAIMS AND PRIOR ART TO REDUCE COSTS**

Defendants Amazon.com, Inc., Amazon Digital Services, LLC, Amazon Web Services, Inc., Resideo Technologies, Inc., HTC Corporation, and Vector Security, Inc. (collectively, "Defendants") respectfully submit this Notice of Supplemental Authority Regarding Defendants' Request for Clarification of Model Order Focusing Patent Claims and Prior Art to Reduce Costs (Dkt. 121). In the orders listed below and attached, courts in this district permitted defendants in consolidated cases to submit their own independent election of prior art references and did not impose a collective limit on prior art among defendants:

- **Exhibit 1:** *Motiva Patents, LLC v. Sony Corp. et al.*, No. 9:18-cv-00180 (E.D. Tex. Apr. 15, 2019), Dkt. 78 at 2 (requiring prior art elections by "each defendant");

- **Exhibit 2:** *Realtime Data LLC d/b/a IXO v. Actian Corp. et al.*, No. 15-cv-00463-RWS (E.D. Tex. Sept. 9, 2015), Dkt. 96 at 2 (requiring prior art elections by "each defendant");

- **Exhibit 3:** *Manitto Techs., L.L.C. v. Ferrari N. Am., Inc. et al.*, No. 14-cv-1105 RWS (E.D. Tex. June 1, 2015), Dkt. 64 at 1-2 ("each patent defendant shall serve a Preliminary Election of Asserted Prior Art, wherein each shall assert no more than eighteen prior art references of each defendant's own choosing"); and

- **Exhibit 4:** *Phoenix Licensing, L.L.C. et al. v. AAA Life Ins. Co.*, No. 13-cv-1081-JRG-RSP, Dkt. 402 at 2 (E.D. Tex. Mar. 11, 2015) (requiring prior art elections by "each defendant").

Defendants discovered these orders after briefing on this motion closed and submit them now in light of the Court's comments during the telephonic hearing of July 2, 2019, to show the weight of authority on the issue presented by the motion.

July 2, 2019            Respectfully submitted,

By: */s/ Ravi R. Ranganath*
    J. David Hadden
    CA Bar No. 176148 (Admitted E.D. Tex.)
    Email: dhadden@fenwick.com
    Saina S. Shamilov
    CA Bar No. 215636 (Admitted E.D. Tex.)
    Email: sshamilov@fenwick.com
    Ravi R. Ranganath
    CA Bar No. 272981 (Admitted E.D. Tex.)
    Email: rranganath@fenwick.com
    **FENWICK & WEST LLP**
    Silicon Valley Center
    801 California Street
    Mountain View, CA 94041
    Telephone: (650) 988-8500
    Facsimile: (650) 938-5200
    Todd R. Gregorian
    CA Bar No. 236096 (Admitted E.D. Tex.)
    Email: tgregorian@fenwick.com

    Dargaye Churnet
    CA Bar No. 303659 (Admitted E.D. Tex.)
    Email: dchurnet@fenwick.com
    **FENWICK & WEST LLP**
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Telephone: 415.875.2300
    Facsimile: 415.281.1350

    Jeffrey Ware
    CA Bar No. 271603 (Admitted E.D. Tex.)
    Email: jware@fenwick.com
    **FENWICK & WEST LLP**
    1191 Second Avenue, 10h Floor
    Seattle, WA 98101
    Telephone: 206.389.4510
    Facsimile: 206.389.4511

    Melissa R. Smith
    State Bar No. 24001351
    **GILLAM & SMITH, LLP**
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
    Email: melissa@gillamsmithlaw.com

    *Counsel for Defendants*
    AMAZON.COM, INC.,
    AMAZON DIGITAL SERVICES LLC,
    AND AMAZON WEB SERVICES, INC.

3

/s/ Philip Ou
Yar R. Chaikovsky
CA Bar No. 175421(admitted E.D. Tex.)
yarchaikovsky@paulhastings.com
Philip Ou
CA Bar No. 259896 (admitted E.D. Tex.)
philipou@paulhastings.com
**PAUL HASTINGS, LLP**
1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone:1(650) 320-1800
Facsimile: 1(650) 320-1900


Harry L. Gillam, Jr.
TX Bar No. 07921800
**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

Attorneys for Defendant
**HTC CORPORATION**


/s/ Melody Drummond Hansen
J. Thad Heartfield
**The Heartfield Law Firm**
2195 Dowlen Rd
Beaumont, TX 77706
409-866-3318
409-866-5789 (fax)
thad@heartfieldlawfirm.com

Brett J. Williamson
Cameron Westin
**O'Melveny & Myers LLP - Newport Beach, CA**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
949-823-6900
949-823-6994 (fax)
bwilliamson@omm.com

3

Brian M. Berliner
**O'Melveny & Myers LLP - LA**
400 South Hope Street
Los Angeles, CA 90071
213-430-6000
213-430-6407 (fax)
bberliner@omm.com

Melody Drummond Hansen
**O'Melveny & Myers LLP Menlo Park**
2765 Sand Hill Road
Menlo Park, CA 94025
650-473-2600
650-473-2601 (fax)
mdrummondhansen@omm.com

*Counsel for Defendant*
**RESIDEO TECHNOLOGIES, INC.**

*/s/ Bret T. Winterle*
Bret T. Winterle
Texas Bar No. 24084249
winterle@fr.com Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Michael A. Vincent
Texas Bar No. 24105738
vincent@fr.com
Collin J. Marshall
Texas Bar No. 24109509
cmarshall@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 Telephone
(214) 747-2091 Facsimile

*Counsel for Defendant*
**VECTOR SECURITY, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 2, 2019.

                                          */s/ Ravi R. Ranganath*
                                            Ravi R. Ranganath