# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC.<br><br>v.<br><br>AMAZON.COM, INC. | **CIVIL ACTION NO.** 4:18-CV-00474<br>**JUDGE MAZZANT**<br>**LEAD CASE** |
| INNOVATION SCIENCES, LLC<br><br>v.<br><br>RESIDEO TECHNOLOGIES, INC. | **CIVIL ACTION NO.** 4:18-CV-00475<br>**JUDGE MAZZANT** |
| INNOVATION SCIENCES, INC.<br><br>v.<br><br>HTC CORPORATION | **CIVIL ACTION NO.** 4:18-CV-00476<br>**JUDGE MAZZANT** |
| INNOVATION SCIENCES, INC.<br><br>v.<br><br>VECTOR SECURITY, INC. | **CIVIL ACTION NO.** 4:18-CV-00477<br>**JUDGE MAZZANT** |

## ORDER

Pending before the Court is Defendants' Request for Clarification of Model Order Focusing Patent Claims and Prior Art to Reduce Costs (Dkt. #121). After considering the request, the response (Dkt. #122), the reply (Dkt. #127), surreply (Dkt. #139), notice of supplemental authority (Dkt. #154) and the argument of counsel, the Court finds the request should be granted and the Court finds as follow:

Each Defendant is permitted to make individual elections of prior art references and Plaintiff is allowed to modify its preliminary election of asserted claims to assert specifically tailored sets of claims against each Defendant. The parties shall confer with each other and prepare an order for the Court setting forth deadlines to make these elections.

    **IT IS SO ORDERED**.

    **SIGNED this 3rd day of July, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE