IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., <br>      Plaintiff, <br>   v. <br> AMAZON.COM, INC., <br>      Defendant. | Civil Action No.4:18-cv-00474-ALM <br><br> JURY TRIAL DEMANDED |
| INNOVATION SCIENCES, LLC, <br>      Plaintiff, <br>   v. <br> RESIDEO TECHNOLOGHIES, INC., <br>      Defendant. | Civil Action No.4:18-cv-00475-ALM <br><br> JURY TRIAL DEMANDED |
| INNOVATION SCIENCES, LLC, <br>      Plaintiff, <br>   v. <br> HTC CORPORATION, <br>      Defendant. | Civil Action No.4:18-cv-00476-ALM <br><br> JURY TRIAL DEMANDED |
| INNOVATION SCIENCES, LLC, <br>      Plaintiff, <br>   v. <br> Vector Security, Inc., <br>      Defendant. | Civil Action No.4:18-cv-00477-ALM <br><br> JURY TRIAL DEMANDED |

**Order Granting Motion for Protective Order**

Having considered the Motion for Protective Order filed by Plaintiff Innovation Sciences, LLC's (f/ka/ Virginia Innovation Sciences, Inc.)("Innovation"), the Court is of the opinion that the motion (Dkt. #62) is well taken and should be **GRANTED**. It is therefore **ORDERED** that Innovation's confidentiality designations on its claim charts shall remain at this time.

**SIGNED this 17th day of July, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE