# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **VIRGINIA INNOVATION SCIENCES, INC.**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**AMAZON.COM, INC.,**<br><br>　　　　Defendant. | Civil Action No. 4:18-cv-00474-ALM |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Andrew Thompson ("Tom") Gorham of Gillam & Smith, LLP enters his appearance on behalf of Defendants Amazon.com, Inc., Amazon Digital Services, LLC, and Amazon Web Services, Inc. in this matter as additional counsel.

Andrew T. Gorham may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail tom@gillamsmithlaw.com.

Dated:  July 23, 2019

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Andrew T. Gorham*
　　　　　　　　　　　　　　　　　　　　Andrew Thompson ("Tom") Gorham
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24012715
　　　　　　　　　　　　　　　　　　　　GILLAM & SMITH, LLP
　　　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　　　　　　　　　　　Telephone:  (903) 934-8450
　　　　　　　　　　　　　　　　　　　　Facsimile:  (903) 934-9257
　　　　　　　　　　　　　　　　　　　　Email:  tom@gillamsmithlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 23rd day of July, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                          */s/ Andrew T. Gorham*
                                          Andrew T. Gorham