# EXHIBIT 3

**EXHIBIT 2**

**PRIOR ART REFLECTING THE GENERAL STATE OF THE ART**

1.   U.S. Patent No. 5,757,969 to Sang-Ho Kim ("Kim"), Filed February 1, 1996, Issued May 26, 1998.

2.   U.S. Patent No. 5,768,535 to Navin Chaddha et al. ("Chaddha et al."), Filed April 8, 1997, Issued June 16, 1998.

3.   U.S. Patent No. 5,870,722 to Herb H. Albert et al. ("Albert et al."), Filed September 22, 1995, Issued February 9, 1999.

4.   U.S. Patent No. 5,907,801 to Herb H. Albert et al. ("Albert et al."), Filed September 22, 1995, Issued May 25, 1999.

5.   U.S. Patent No. 5,991,410 to Herb H. Albert et al. ("Albert et al."), Filed May 9, 1996, Issued November 23, 1999.

6.   U.S. Patent No. 6,263,503 to Neal Margulis ("Margulis), Filed May 26, 1999, Issued July 17, 2001.

7.   U.S. Patent No. 6,282,714 to Amar Ghori et al. ("Ghori et al."), Filed January 31, 1997, Issued August 28, 2001.

8.   U.S. Patent No. 6,418,416 to Dean G. Rosenberg et al. ("Rosenberg et al."), Filed January 3, 2000, Issued July 9, 2002.

9.   U.S. Patent No. 6,522,352 to Peter Strandwitz et al. ("Strandwitz et al."), Filed June 22, 1998, Issued February 18, 2003.

10.   U.S. Patent No. 6,654,757 to Michael R. Stern ("Stern"), Filed June 23, 2000, Issued November 25, 2003.

11.   U.S. Patent No. 6,661,340 to Michael J. Saylor et al. ("Saylor"), Filed April 24, 2001, Issued December 9, 2003.

12.   U.S. Patent No. 6,714,969 to John Klein et al. ("Klein et al."), Filed May 15, 2000, Issued March 30, 2004.

13.   U.S. Patent No. 6,807,564 to Samuel N. Zellner et al. ("Zellner et al."), Filed June 2, 2000, Issued October 19, 2004.

14.   U.S. Patent No. 6,844,895 to Bryed Billerbeck et al. ("Billerbeck et al."), Filed November 15, 1999, Issued January 18, 2005.

15.   U.S. Patent No. 6,970,183 to David A. Monroe ("Monroe"), Filed June 14, 2000, Issued November 29, 2005.

16. U.S. Patent No. 7,095,522 to Eric Lauper et al. ("Lauper et al."), Filed February 25, 2002, Issued August 22, 2006.

17. U.S. Patent No. 7,196,625 to Thu H. Nguyen ("Nguyen"), Filed October 24, 2004, Issued March 27, 2007.

18. U.S. Patent No. 7,239,236 to Rick A. Britton ("Britton"), Filed August 16, 2004, Issued July 3, 2007.

19. U.S. Patent No. 7,248,161 to Michael T. Spoltore et al. ("Spoltore et al."), Filed May 12, 2004, Issued July 24, 2007.

20. U.S. Patent No. 7,269,673 to Ook Kim et al. ("Kim et al."), Filed February 18, 2004, Issued September 11, 2007.

21. U.S. Patent No. 7,434,166 to Shrikant Acharya et al. ("Acharya et al."), Filed June 2, 2004, Issued October 7, 2008.

22. U.S. Patent No. 7,505,045 to Adam Leslie Clark ("Clark"), Filed February 2, 2004, Issued March 17, 2009.

23. U.S. Patent No. 7,690,020 to Metod Lebar ("Lebar"), Filed June 7, 2001, Issued March 30, 2010.

24. U.S. Patent No. 7,814,516 to Polly Stecyk ("Stecyk"), Filed May 2, 2002, Issued October 12, 2010.

25. U.S. Patent Application Publication No. 2001/0047517 A1 to Charilaos Christopoulos et al. ("Christopoulos et al."), Filed February 2, 2001, Published November 29, 2001.

26. U.S. Patent Application Publication No. 2002/0035404 A1 to Michael Ficco et al. ("Ficco et al."), Filed June 11, 2001, Published March 21, 2002.

27. U.S. Patent Application Publication No. 2002/0044225 A1 to Selim Rakib ("Rakib"), Filed July 3, 2001, Published April 18, 2002.

28. U.S. Patent Application Publication No. 2002/0047774 A1 to Carlos Christensen et al. ("Christensen et al."), Filed April 25, 2001, Published April 25, 2002.

29. U.S. Patent Application Publication No. 2002/0178066 A1 to Young Roh et al. ("Roh et al."), Filed April 30, 2002, Published November 28, 2002.

30. U.S. Patent Application Publication No. 2003/0004403 A1 to Darrel Drinan et al. ("Drinan et al."), Filed October 29, 2001, Published January 2, 2003.

31. U.S. Patent Application Publication No. 2003/0004784 A1 to Chung-Sheng Li et al. ("Li et al."), Filed June 29, 2001, Published January 2, 2003.

32. U.S. Patent Application Publication No. 2003/0021485 A1 to Vijayalakshmi Raveendran et

al. ("Raveendran et al."), Filed June 26, 2002, Published January 30, 2003.

33.  U.S. Patent Application Publication No. 2003/0023503 A1 to Eric Alling ("Alling"), Filed November 21, 2001, Published January 30, 2003.

34.  U.S. Patent Application Publication No. 2003/0025648 A1 to David Glen et al. ("Glen et al."), Filed August 6, 2001, Published February 6, 2003.

35.  U.S. Patent Application Publication No. 2003/0033123 A1 to John Jacobs et al. ("Jacobs et al."), Filed April 16, 2002, Published February 13, 2003.

36.  U.S. Patent Application Publication No. 2003/0043042 A1 to John Moores, JR. et al. ("Moores, JR. et al."), Filed November 13, 2001, Published March 6, 2003.

37.  U.S. Patent Application Publication No. 2003/0046710 A1 to John Moore ("Moore"), Filed September 5, 2001, Published March 6, 2003.

38.  U.S. Patent Application Publication No. 2003/0078691 A1 to Mary Holt et al. ("Holt et al."), Filed October 19, 2001, Published April 24, 2003.

39.  U.S. Patent Application Publication No. 2003/0097662 A1 to Samuel Russ et al. ("Russ et al."), Filed November 14, 2002, Published May 22, 2003.

40.  U.S. Patent Application Publication No. 2003/0126293 A1 to Robert Bushey ("Bushey"), Filed December 27, 2001, Published July 3, 2003.

41.  U.S. Patent Application Publication No. 2003/0126623 A1 to Hiroshi Hara et al. ("Hara et al."), Filed January 2, 2002, Published July 3, 2003.

42.  U.S. Patent Application Publication No. 2003/0145334 A1 to Hironori Motoe et al. ("Motoe et al."), Filed January 22, 2003, Published July 31, 2003.

43.  U.S. Patent Application Publication No. 2003/0145336 A1 to Natsume Matsuzaki et al. ("Matsuzaki et al."), Filed December 18, 2001, Published July 31, 2003.

44.  U.S. Patent Application Publication No. 2003/0184436 A1 to Todd Seales at al. ("Seales at al."), Filed March 28, 2003, Published October 2, 2003.

45.  U.S. Patent Application Publication No. 2003/0216969 A1 to Donald Bauer et al. ("Bauer et al."), Filed January 23, 2003, Published November 20, 2003.

46.  U.S. Patent Application Publication No. 2004/0034581 A1 to Gordon Hill et al. ("Hill et al."), Filed June 3, 2003, Published February 19, 2004.

47.  U.S. Patent Application Publication No. 2004/0045030 A1 to Jodie Reynolds et al. ("Reynolds et al."), Filed September 26, 2002, Published March 4, 2004.

48.  U.S. Patent Application Publication No. 2004/0098463 A1 to Bo Shen et al. ("Shen et al."), Filed November 19, 2002, Published May 20, 2004.

49. U.S. Patent Application Publication No. 2004/0178264 A1 to William Linton et al. ("Linton et al."), Filed March 9, 2004, Published September 16, 2004.

50. U.S. Patent Application Publication No. 2004/0181806 A1 to Daniel Sullivan ("Sullivan"), Filed March 11, 2003, Published September 16, 2004.

51. U.S. Patent Application Publication No. 2004/0187152 A1 to Stephen Francis et al. ("Francis et al."), Filed January 8, 2004, Published September 23, 2004.

52. U.S. Patent Application Publication No. 2004/0215694 A1 to Leon Podolsky ("Podolsky"), Filed March 26, 2003, Published October 28, 2004.

53. U.S. Patent Application Publication No. 2005/0027603 A1 to Craig Green ("Green"), Filed July 31, 2003, Published February 3, 2005.

54. U.S. Patent Application Publication No. 2005/0120381 A1 to Hirohisa Yamaguchi ("Yamaguchi"), Filed November 20, 2003, Published June 2, 2005.

55. U.S. Patent Application Publication No. 2005/0201723 A1 to Asad Islam et al. ("Islam et al."), Filed March 10, 2004, Published September 15, 2005.

56. U.S. Patent Application Publication No. 2005/0258961 A1 to James Kimball et al. ("Kimball et al."), Filed April 29, 2004, Published November 24, 2005.

57. U.S. Patent Application Publication No. 2005/0289626 A1 to Abulgasem Aboulgasem et al. ("Aboulgasem et al."), Filed June 23, 2004, Published December 29, 2005.

58. U.S. Patent Application Publication No. 2006/0015414 A1 to Courtney Congram et al. ("Congram et al."), Filed June 30, 2004, Published January 19, 2006.

59. U.S. Patent Application Publication No. 2006/0048193 A1 to Lambert Jacobs et al. ("Jacobs et al."), Filed October 29, 2003, Published March 2, 2006.

60. U.S. Patent Application Publication No. 2006/0242325 A1 to Arun Ramaswamy et al. ("Ramaswamy et al."), Filed May 13, 2003, Published October 26, 2006.

61. U.S. Patent Application Publication No. 2006/0247985 A1 to Charles Liamos et al. ("Liamos et al."), Filed April 29, 2005, Published November 2, 2006.

62. U.S. Provisional Application No. 60/683,723, Filed on May 24, 2005, Published on November 30, 2006.

63. U.S. Patent Application Publication No. 2006/0267768 A1 to Anton Sabeta ("Sabeta"), Filed May 23, 2006, Published November 30, 2006.

64. U.S. Patent Application Publication No. 2007/0143456 A1 to Alex Mashinsky ("Mashinsky"), Filed December 9, 2004, Published June 21, 2007.

65. U.S. Patent Application Publication No. 2009/0288129 A1 to Andrew Wolfe et al. ("Wolfe et

al."), Filed June 29, 2009, Published November 19, 2009.

66. Canadian Patent Application Publication No. CA 2 426 555 to Peter Yong Zhou et al. ("Zhou et al."), Filed October 29, 2001, Published June 6, 2002.

67. Chinese Patent Application Publication No. CN 1536307A to Jiang Xianghe et al. ("Xianghe et al."), Filed April 11, 2003, Published October 13, 2004.

68. Chinese Patent Application Publication No. CN 1536307A to Jiang Xianghe et al. ("Xianghe et al."), Filed April 11, 2003, Published October 13, 2004 (translation).

69. Korean Patent Application Publication No. KR20040032650A to Cho Jin Cheol et al. ("Cheol et al."), Filed October 10, 2002, Published April 17, 2004.

70. Korean Patent Application Publication No. KR20040032650A to Cho Jin Cheol et al. ("Cheol et al."), Filed October 10, 2002, Published April 17, 2004 (translation).

71. International Patent Application No. WO 01/11833 A1 to Surendar Magar et al. ("Magar et al."), Filed August 4, 2000, Published February 15, 2001.

72. International Patent Application No. WO 01/26068 A1 to David C. Gelvin et al. ("Gelvin et al."), Filed October 5, 2000, Published April 12, 2001.

73. International Patent Application No. WO 01/37589 A1 to Pamela G. Layton et al. ("Layton et al."), Filed November 20, 2000, Published May 25, 2001.

74. International Patent Application No. WO 01/93220 A1 to Raymond J. Menard et al. ("Menard et al."), Filed May 29, 2001, Published December 6, 2001.

75. International Patent Application No. WO 03/012579 A2 to Craig M. Janik et al. ("Janik et al."), Filed October 22, 2001, Published February 13, 2003.

76. International Patent Application No. WO 03/073370 Al to Chrisopher B. Marshall et al. ("Marshall et al."), Filed February 3, 2003, Published September 4, 2003.

77. International Patent Application No. WO 03/075116 A2 to Graham Clemie et al. ("Clemie et al."), Filed March 3, 2003, Published September 12, 2003.

78. International Patent Application No. WO 2004/012163 A2 to Anthony E. Dohrmann et al. ("Dohrmann et al."), Filed July 28, 2003, Published February 5, 2004.

79. IEEE Std. 802.11F (2003), IEEE Trial-Use Recommended Practice for Multi-Vendor Access Point Interoperability via an Inter-Access Point Protocol Across Distribution Systems Supporting IEEE 802.11 Operation, IEEE Computer Society.

80. IAPP Functional Specifications, Revision 1.0 – Inter Access Point Protocol, Aironet Wireless Communications, Inc. & Lucent Technologies, June 25, 1996.

81. Anthony C. Davies, An Overview of Bluetooth Wireless Technology and some Competing

5

LAN Standards, Anthony C. Davies/School of Computing and Information Systems, Kingston University, ICCSS '02, pages 206-211, 2002.

82. Introduction to Auto-ID, webpage from Auto-ID Center (www.autoidcenter.org) captured by the Internet Archive on August 6, 2002.

83. CCITT V.42 *bis*, Data Communication over the Telephone Network, Data Compression Procedures for Data Circuit Terminating Equipment (DCE) Using Error Correction Procedures, The International Telegraph and Telephone Consultative Committee, January 31, 1990.

84. Local Area Network Concepts and Products:  Adapters, Hubs and ATM, No. SG24-4754-00, IBM International Technical Support Organization, May 1996.

85. TCP/IP V2.0 for OS/2 Installation and Interoperability, No. GG24-3531-02, IBM International Technical Support Centers, December 1993.

86. TCP/IP Tutorial and Technical Overview, No. GG24-3376-05, IBM International Technical Overview, October 1998.

87. Wireless Lan Communications, No. SG24-4466-00, IBM International Technical Support Organization, January 1996.

88. F.J. Bauchot & F. Lanne, IBM Wireless RF LAN Design and Architecture, IBM Systems Journal, Vol. 34, No. 3, 390-408 (1995).

89. Silan Liu, Bluetooth Technology, webpage article captured from http:/progtutorials.tripod.com by the Internet Archive on July 16, 2004.

90. IEEE P802.11 -93/144, Data Compression in Wireless LAN, General Issues, Robert Lutz, Stac Electronics, September 1993.

91. IEEE P802.11/93-29, Wireless LAN MAC Protocol:  Data Compression as a MAC Option to Improve Effective Throughput, Frederic J. Bauchot, IBM, March 1993.

92. IEEE P802.11 -96/108a, IAPP Specification, Inter Access Point Protocol, Wim Diepstraten, Mike Trompower, Aironet & Lucent Technologies, July 1996.

93. Abhaya Asthana et al., An Indoor Wireless System for Personalized Shopping Assistance, AT&T Bell Laboratories, Workshop on Mobile Computing Systems and Applications, IEEE Computer Society Press, 69-74, 1995.

94. Press Release:  Smarthome Launches Stand-Alone Home Automation Controller at Electronic House Expo East, Smarthome, March 10, 2004.

95. Sony Video Cassette Recorder Operating Instructions, No. 3-858-120-12(1), Model Nos. SLV-975HF, SLV-975HF CS, SLV975HF MX, SLV-975HF PX, Sony Corporation (1996).

96.  N. Sriskanthan et al., Bluetooth Based Home Automation System, Microprocessors and Microsystems, Vol. 26, 281-289 (2002).

97.  John Stermer, Radio Frequency ID: A New Era for Marketers, webpage article

98.  Katherine Albrecht, Ed. M., Supermarket Cards:  The Tip of the Retail Surveillance Iceberg, CASPIAN – Consumers Against Supermarket Privacy Invasion and Numbering, 79 Denv. U. L. Rev. 534 (2001-2002).

99.  Bongjin Jung & Wayne P. Burleson, Efficient VLSI for Lempel-Ziv Compression in Wireless Data Communication Networks, IEE Transactions on Very Large Scale Integration (VLSI) Systems, Vol. 6, No. 3, 475-483, September 1998.

100. Data Manual WaveLAN Air Interface, No. 407-0024785 Rev. 2, AT&T Corporation, July 11, 1995.

101. Alex Hills and David B. Johnson, A Wireless Data Network Infrastructure at Carnegie Mellon University, IEEE Personal Communications, 56-63, February 1996.

102.  Available Standards, including MPEG standards (including as described in MPEG-4: A Multimedia Standard for the Third Millennium (October-December 1999), Realtime MPEG Video via Software Decompression PA-RISC Processor, Video and Audio Compression, The MPEGs Standards, Spring 2001, Development of MPEG Standards for 3D and Free Viewpoint Video (October 2005), MPEG Digital Video-Coding Standards (September 1997)), JPEG standards, GSM standards (including, e.g., GSM 05.05, March 1996, 2.90, March 1997 and other versions), CDMA standards, H.264 (including as described in Overview of the H.264 / AVC Video Coding Standard (July 7, 2003), and Internet protocols (including as described in TCP / IP Overview (Aug 10, 2005), Transmission Control Protocol (September 1981 and later), A TCP / IP Tutorial (January 1991 and later), RTP Payload Format for MPEG 1 / MPEG 2 (October 1996 and other versions for later MPEG standards), RTP Payload Format for Bundled MPEG (May 1998), IETF, The audio / mpeg Media Type (April 26, 2000, and later), RTP Payload Format for DV Video (January 2002 and later), and A Framework for Transmission of IP Datagrams (November 2005, and other versions), Bluetooth, Wi-FI and other standards.

103. November 30, 2005 FCC Public Notice, Honeywell's GSM Communicator Responds to AMPS Sunset, Cell-Only Needs (September 18, 2006), Honeywell AlarmNet Update (April 2006), Honeywell's next generation cellular and IP platform and network design (September 2006), related documents and videos regarding the "sunset" of analog and migration to digital communications.

104. Honeywell system art and publications, including Honeywell Sourcebook (2005 and 2006) and Honeywell security website, and related videos, Honeywell Releases Wireless Security System (January 25, 2007), Honeywell Security and Customs Electronics, Optiflex Video Processing Unit (11/04).

105. Honeywell patents, including US 2004/0123149, 7,042,350,  6,999,562, 7,292,142, 7,403,598, 7,113,099, 4,754,261; 5,004,999; 5,121,407; 5,155,469; 5,241,562; 5,311,542;

5,748,079; 5,801,626; 5,822,373; 5,828,300; 5,936,544; 6,026,165; 6,084,522; 6,087,933; 6,137,402; 6,150,936; 6,167,137; 6,201,472; 6,208,694; 6,236,313; 6,252,501; 6,255,944; 6,288,639; 6,294,992; 6,326,880; 6,351,214; 6,445,291; 6,445,292; 6,462,652; 6,472,993; 6,593,850; 6,603,387; 6,619,055; 6,690,276; 6,691,172; 6,724,316; 6,727,816; 6,798,342; 6,804,169; 6,810,307; 6,868,493; 6,901,066; 6,911,874; 6,930,604; 6,952,165; 6,987,450; 6,999,562; 7,010,421; 7,015,789; 7,027,416; 7,030,752; 7,081,813; 7,119,681; 7,120,795; 7,129,842; 7,116,221; 7,096,001; 7,081,827; 6,243,010; 6,229,997; 6,028,513; 6,963,280; 7,142,111; and 4,603,325.

106. Alarmnet Network Overview (January 2005).

107. Alarm.com surpasses 10,000 GSM Module Mark.pdf (January 2007).