# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 19-125 - In re: Amazon.com, Inc.

**Date of docketing:** September 17, 2019

A petition for writ of mandamus has been filed.

**Name of petitioner(s): Amazon.com, Inc., Resideo Technologies, Inc., HTC Corporation, & Vector Security, Inc.**

**Name of respondent(s),** if known: Innovation Sciences, LLC

**Related action(s):** if known: United States District Court for the Eastern District of Texas, 4:18-cv-00474-ALM

**Critical dates include:**

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

The official caption is reflected on the electronic docket under the listing of the parties and counsel. The Rules of Practice and required forms are available at www.cafc.uscourts.gov.

Peter R. Marksteiner
Clerk of Court


cc: United States District Court for the Eastern District of Texas
Yar Roman Chaikovsky
Melody Drummond Hansen
J. David Hadden
Donald Lee Jackson
Bret Thomas Winterle