**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| INNOVATION SCIENCES, LLC<br><br>*Plaintiff*,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>*Defendant*. | **No. 4:18-cv-00474-ALM**<br>**LEAD CONSOLIDATED CASE**<br><br>**No. 4:18-cv-00475-ALM**<br>**No. 4:18-cv-00476-ALM**<br>**No. 4:18-cv-00477-ALM**<br>**MEMBER CASES** |

**Garteiser Honea PLLC Attorneys' Motion to Withdraw as Additional Counsel for Plaintiff Innovation Sciences, LLC**

The attorneys of Garteiser Honea hereby move to withdraw from this case. Plaintiff continues to be represented by its long-standing lead and local counsel in this litigation. Specifically, Plaintiff remains represented by its Lead Counsel Don Jackson and his colleagues at the law firm of Davidson, Berquist, Jackson & Gowdey LLP. Additionally, Plaintiff remains represented by its four local counsel attorneys from the Etheridge Law Group, PLLC located here in Plano, Texas.

This motion to withdraw is being filed pursuant to L.R. CV-11(c). Defendant Amazon does not oppose this motion. HTC has indicated that they would not oppose this motion, as long as Garteiser Honea withdrew an Emergency Motion for Sanctions. Garteiser Honea believes such a *quid pro quo* arrangement is inappropriate and hereby moves subject to Defendants' opposition at least as of the filing of this motion.

Plaintiff is in control of filings made on its behalf. Garteiser Honea's withdraw is unrelated to Plaintiff's Emergency Motion for Sanctions.

October 23, 2019

Respectfully submitted,

*/s/ Randall Garteiser*

Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Thomas G. Fasone
Texas Bar No. 00785382
tfasone@ghiplaw.com
**GARTEISER HONEA**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

*Counsel for Innovation Sciences, LLC*

**Certificate of Service**

The undersigned certifies that the foregoing document was emailed in compliance with Local Rule CV-5. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

*/s/ Randall Garteiser*

**Certificate of Conference**

As of the filing of this motion, defendant Amazon did not oppose. The other defendants had not gotten approval from their clients as of the filing of this motion.

*/s/ Randall Garteiser*