**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br>Plaintiff,<br>v.<br><br>AMAZON.COM, INC., ET AL.,<br>Defendants. | Civil Action No.4:18-cv-00474-ALM<br>***Consolidated Lead Case*** |
| RESIDEO TECHNOLOGIES, INC.,<br>Defendant. | Civil Action No.4:18-cv-00475-ALM<br>***Member Case*** |
| HTC CORPORATION,<br>Defendant. | Civil Action No.4:18-cv-00476-ALM<br>***Member Case*** |
| VECTOR SECURITY, INC.,<br>Defendant. | Civil Action No.4:18-cv-00477-ALM<br>***Member Case*** |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Plaintiff Innovation Sciences LLC ("Innovation") files this Unopposed Motion to Withdraw as Counsel and respectfully request that James L. Etheridge, Ryan S. Loveless, Brett A. Mangrum, Travis L. Richins, and Jeff Huang of the law firm Etheridge Law Group, PLLC be permitted to withdraw herein as counsel of record for Innovation in the above-captioned matters. Defendants do not oppose this this request and Innovation is currently represented by other counsel in this matter.

Dated: October 24, 2019

Respectfully submitted,

*/s/ James L. Etheridge*

James L. Etheridge, TX Bar No. 24059147
Ryan S. Loveless, TX Bar No. 24036997
Brett A. Mangrum, TX Bar No. 24065671
Travis L. Richins, TX Bar No. 24061296
Jeff Huang (Admitted E.D. Tex.)
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249

Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jeff@EtheridgeLaw.com

*Attorneys for Plaintiff Innovation Sciences, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

DATED: October 24, 2019

*/s/ James L. Etheridge*
James L. Etheridge

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff has conferred with counsel for Defendants. Defendants are unopposed to the motion.

DATED: October 24, 2019

*/s/ James L. Etheridge*
James L. Etheridge