# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. et al., <br><br> Defendants. | Civil Action No. 4:18-cv-00474-ALM <br><br> (LEAD CASE) |
| INNOVATION SCIENCES, LLC <br><br> Plaintiff, <br><br> v. <br><br> RESIDEO TECHNOLOGIES, INC. <br><br> Defendant. | Case No.: 4:18-cv-00475 ALM |
| INNOVATION SCIENCES, LLC <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, <br><br> Defendant. | Case No.: 4:18-cv-00476 ALM |

## JOINT MOTION FOR ENTRY OF A FOURTH AMENDED SCHEDULING ORDER

Plaintiff Innovation Sciences, LLC and Defendants Amazon.com, Inc., Amazon Digital Services, LLC, Amazon Web Services, Inc., Resideo Technologies, Inc., and HTC Corporation (collectively, "the Defendants") file this motion seeking entry of a Proposed Fourth Amended Scheduling Order.

The parties propose the following modification to the Third Amended Scheduling Order (Dkt. 305), underlined below, to clarify that objections to any expert shall be filed within 3 weeks of the *rebuttal* expert report deadline, which is currently set for January 15, 2020:

| **Existing Deadline** | **Proposed Deadline** |
|---|---|
| Parties designate expert witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B).<br><br>Objections to any expert, including *Daubert* motions, shall be filed within 3 weeks of the Expert Report disclosure. Such objections and motions are limited to ten pages. | Parties designate expert witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B).<br><br>Objections to any expert, including *Daubert* motions, shall be filed within 3 weeks of the <u>Rebuttal</u> Expert Report disclosure. Such objections and motions are limited to ten pages. |

Good cause exists for the Court to enter this amended scheduling order. Plaintiff Innovation Sciences, LLC and the Defendants have agreed to extend the existing deadline to object to an expert, to the extent the current schedule requires objections to an opening expert report to be filed within 3 weeks of the opening expert report deadline, which was December 4, 2019. Moving the deadline to 3 weeks after the rebuttal expert report deadline provides the parties time to complete preparation and service of the expert reports before filing any objections

to the experts, thereby streamlining the objection process. Accordingly, the parties respectfully request that the Court enter the Proposed Fourth Amended Scheduling Order.

December 12, 2019                                                Respectfully submitted,

/s/ Dargaye Churnet
J. David Hadden
CA Bar No. 176148 (Admitted E.D. Tex.)
Email: dhadden@fenwick.com
Saina S. Shamilov
CA Bar No. 215636 (Admitted E.D. Tex.)
Email: sshamilov@fenwick.com
Ravi R. Ranganath
CA Bar No. 272981 (Admitted E.D. Tex.)
Email: rranganath@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Todd R. Gregorian
CA Bar No. 236096 (Admitted E.D. Tex.)
Email: tgregorian@fenwick.com
Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Tex.)
Email: dchurnet@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Jeffrey Ware
CA Bar No. 271603 (Admitted E.D. Tex.)
Email: jware@fenwick.com
**FENWICK & WEST LLP**
1191 Second Avenue, 10h Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

2

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendants*
**AMAZON.COM, INC.,**
**AMAZON DIGITAL SERVICES LLC,**
**AND AMAZON WEB SERVICES, INC.**

*/s/ Donald L. Jackson*
Donald L. Jackson; VA Bar No. 42882
(Admitted E.D. Tex.)
Email: djackson@dbjg.com
**DAVIDSON BERQUIST JACKSON &**
**GOWDEY, LLP**
8300 Greensboro Dr., Suite 500
McLean, VA 22102
Telephone: (571) 765-7700
Facsimile: (571) 765-7200

*Attorneys for Plaintiff*
Innovation Sciences, LLC

*/s/ Philip Ou*
Yar R. Chaikovsky
CA Bar No. 175421(admitted E.D. Tex.)
yarchaikovsky@paulhastings.com
Philip Ou
CA Bar No. 259896 (admitted E.D. Tex.)
philipou@paulhastings.com
Bruce S. Yen
State Bar No. 277920 (admitted E.D. Tex.)
bruceyen@paulhastings.com
**PAUL HASTINGS, LLP**
1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone:1(650) 320-1800
Facsimile: 1(650) 320-1900

Harry L. Gillam, Jr.
TX Bar No. 07921800
**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

*Attorneys for Defendant*
**HTC CORPORATION**

*/s/ Melody Drummond Hansen*
J. Thad Heartfield
**The Heartfield Law Firm**
2195 Dowlen Rd
Beaumont, TX 77706
409-866-3318
409-866-5789 (fax)
thad@heartfieldlawfirm.com

Brett J. Williamson
Cameron Westin
**O'Melveny & Myers LLP – Newport Beach, CA**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
949-823-6900
949-823-6994 (fax)
bwilliamson@omm.com

Brian M. Berliner
**O'Melveny & Myers LLP - LA**
400 South Hope Street
Los Angeles, CA 90071
213-430-6000
213-430-6407 (fax)
bberliner@omm.com

Melody Drummond Hansen
**O'Melveny & Myers LLP Menlo Park**
2765 Sand Hill Road
Menlo Park, CA 94025
650-473-2600
650-473-2601 (fax)
mdrummondhansen@omm.com

*Counsel for Defendant*
**RESIDEO TECHNOLOGIES, INC.**