**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., <br><br>    Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. et al., <br><br>    Defendants. | Civil Action No. 4:18-cv-00474-ALM <br><br> (LEAD CASE) |
| INNOVATION SCIENCES, LLC <br><br>    Plaintiff, <br><br> v. <br><br> RESIDEO TECHNOLOGIES, INC. <br><br>    Defendant. | Case No.: 4:18-cv-00475 ALM |
| INNOVATION SCIENCES, LLC <br><br>    Plaintiff, <br><br> v. <br><br> HTC CORPORATION, <br><br>    Defendant. | Case No.: 4:18-cv-00476 ALM |

## ORDER GRANTING JOINT MOTION FOR ENTRY
## OF A FOURTH AMENDED SCHEDULING ORDER

Pending before the Court is Joint Motion for Entry of a Fourth Amended Scheduling Order (Dkt. #325).  Having reviewed the motion, the Court finds the motion should be **GRANTED**.  Accordingly, the Court enters this case-specific order which controls disposition of this consolidated action pending further order of this Court.  The following action shall be completed by the date indicated:

Parties designate expert witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B).

Objections to any expert, including *Daubert* motions, shall be filed within 3 weeks of the Rebuttal Expert Report disclosure. Such objections and motions are limited to ten pages.

**SIGNED this 23rd day of December, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE