**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., <br><br>  Plaintiff, <br> v. <br><br> AMAZON.COM, INC., et al. <br><br>  Defendants. | Civil Action No. 4:18-cv-00474-ALM <br> (LEAD CONSOLIDATED CASE) <br><br> JURY TRIAL DEMANDED |
| INNOVATION SCIENCES, INC., <br><br>  Plaintiff, <br> v. <br><br> RESIDEO TECHNOLOGIES, INC., <br><br>  Defendant. | Civil Action No. 4:18-cv-00475-ALM |
| INNOVATION SCIENCES, INC., <br><br>  Plaintiff, <br> v. <br><br> HTC CORPORATION, <br><br>  Defendant. | Civil Action No. 4:18-cv-00476-ALM |
| INNOVATION SCIENCES, INC., <br><br>  Plaintiff, <br> v. <br><br> VECTOR SECURITY, INC., <br><br>  Defendant. | Civil Action No. 4:18-cv-00477-ALM |

**ORDER GRANTING AMAZON.COM, INC., AMAZON DIGITAL SERVICES, LLC, AND AMAZON WEB SERVICES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SANCTIONS**

Before the Court is Defendants Amazon.Com, Inc., Amazon Digital Services, LLC, and Amazon Web Services, Inc. Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Sanctions. (Dkt. 335) The Court, having considered same, is of the opinion the motion (Dkt. #339) should be **GRANTED**.

**SIGNED this 30th day of December, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE