# DECLARATION OF DAVID MATSUMOTO

# (FILED UNDER SEAL)