# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br><br>          Plaintiff,<br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>          Defendants. | Civil Action No. 4:18-cv-00474-ALM<br>(LEAD CONSOLIDATED CASE)<br><br>JURY TRIAL DEMANDED |
| INNOVATION SCIENCES, LLC,<br><br>          Plaintiff,<br>v.<br><br>RESIDEO TECHNOLOGIES, INC.,<br><br>          Defendant. | Civil Action No. 4:18-cv-00475-ALM |
| INNOVATION SCIENCES, LLC,<br><br>          Plaintiff,<br>v.<br><br>HTC CORPORATION,<br><br>          Defendant. | Civil Action No. 4:18-cv-00476-ALM |
| INNOVATION SCIENCES, LLC,<br><br>          Plaintiff,<br>v.<br><br>VECTOR SECURITY, INC.,<br><br>          Defendant. | Civil Action No. 4:18-cv-00477-ALM |

## **ORDER**

The Court has fully considered the Motion of Amazon.com, Inc., Amazon Digital Services,

LLC and Amazon Web Services, Inc. to Strike Portions of Expert Report on Infringement of Joseph C. McAlexander III, and the related declaration and exhibits.  The Court concludes that the Motion should be **GRANTED** in its entirety.