IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>AMAZON.COM, INC., *et al*.,<br><br>    Defendants | Civil Action No. 4:18-cv-00474-ALM<br>LEAD CASE |

**UNOPPOSED MOTION TO WITHDRAW ERIC A. KRAUSE
AS COUNSEL FOR DEFENDANTS AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC., AND AMAZON DIGITAL SERVICES, LLC**

  Pursuant to Local Rule CV-11(c) Amazon.com, Inc., Amazon Web Services, Inc., and Amazon Digital Services, LLC ("Defendants" or "Amazon") files this unopposed motion to withdraw Eric A. Krause of Fenwick & West LLP as counsel of record for Amazon in the above-captioned case. Mr. Eric A. Krause also requests that he be removed from the CM/ECF noticing list and any other service lists in the above captioned case.

  No other changes are required regarding other attorneys at the Law Firm of Fenwick & West and they shall continue acting as counsel of record for Amazon.

  Plaintiff Innovation Sciences, LLC will not be prejudiced by counsel's withdrawal and does not oppose this withdrawal.

1

Dated:   January 23, 2020               Respectfully submitted,

By:  /s/ *Eric A. Krause*
    Eric A. Krause
    CA Bar No. 257925 (Admitted E. D. Tex.)
    J. David Hadden
    CA Bar No. 176148 (Admitted E.D. Tex.)
    Email:  dhadden@fenwick.com
    Saina S. Shamilov
    CA Bar No. 215636 (Admitted E.D. Tex.)
    Email:  sshamilov@fenwick.com
    Ravi R. Ranganath
    CA Bar No. 272981 (Admitted E.D. Tex.)
    Email:  rranganath@fenwick.com
    **FENWICK & WEST LLP**
    Silicon Valley Center
    801 California Street
    Mountain View, California 94041
    Telephone: (650) 988-8500
    Facsimile: (650) 938-5200

    Todd R. Gregorian
    CA Bar No. 236096 (Admitted E.D. Tex.)
    Email:  tgregorian@fenwick.com
    Dargaye Churnet
    CA Bar No. 303659 (Admitted E.D. Tex.)
    Email:  dchurnet@fenwick.com
    Sapna Mehta
    CA Bar No. 288238 (Admitted E.D. Texas)
    Email:  smehta@fenwick.com
    **FENWICK & WEST LLP**
    555 California Street, 12th Floor
    San Francisco, CA  94104
    Telephone: 415.875.2300
    Facsimile: 415.281.1350

    Jeffrey Ware
    CA Bar No. 271603 (Admitted E. D. Tex.)
    Email:  jware@fenwick.com
    **FENWICK & WEST LLP**
    1191 Second Avenue, 10th Floor
    Seattle, WA 98101
    Telephone: 206.389.4510
    Facsimile: 206.389.4511

    *Counsel for Defendants*
    AMAZON.COM, INC.,
    AMAZON DIGITAL SERVICES LLC,
    and AMAZON WEB SERVICES, INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Innovation Sciences, LLC, who does not oppose the present motion.

/s/ Eric. A. Krause

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 23, 2020.

/s/ Eric A. Krause