# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br>    Plaintiff,<br>v.<br><br>AMAZON.COM, INC., ET AL.,<br>    Defendants. | Civil Action No.4:18-cv-00474-ALM<br>*Consolidated Lead Case* |
| INNOVATION SCIENCES, LLC,<br>    Plaintiff,<br>v.<br><br>RESIDEO TECHNOLOGIES, INC.,<br>    Defendant. | Civil Action No.4:18-cv-00475-ALM<br>*Member Case* |
| INNOVATION SCIENCES, LLC,<br>    Plaintiff,<br>v.<br><br>HTC CORPORATION,<br>    Defendant. | Civil Action No.4:18-cv-00476-ALM<br>*Member Case* |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF A FIFTH AMENDED SCHEDULING ORDER

Pending before the Court is the Joint Motion for Entry of a Fifth Amended Scheduling Order. Having reviewed the motion, the Court finds the motion should be **GRANTED**. Accordingly, the Court enters this case-specific order which controls disposition of this consolidated action pending further order of this Court. The following action shall be completed by the date indicated:

(1) Objections to any expert, including *Daubert* motions, shall be filed by February 25, 2020. Such objections and motions are limited to ten pages.

(2) Dispositive motions and any other motions that may require a hearing shall be filed by February 25, 2020. Regardless of how many dispositive motions a party files, each party is

limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rules CV-7. Responses to motions shall be due in accordance with Local Rule CV-7(e).