**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br>    Plaintiff,<br>  v.<br>AMAZON.COM, INC., ET AL.,<br>    Defendants. | Civil Action No.4:18-cv-00474-ALM<br>*Consolidated Lead Case* |
| INNOVATION SCIENCES, LLC,<br>    Plaintiff,<br>  v.<br>RESIDEO TECHNOLOGIES, INC.,<br>    Defendant. | Civil Action No.4:18-cv-00475-ALM<br>*Member Case* |
| INNOVATION SCIENCES, LLC,<br>    Plaintiff,<br>  v.<br>HTC CORPORATION,<br>    Defendant. | Civil Action No.4:18-cv-00476-ALM<br>*Member Case* |

**JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER**

Plaintiff Innovation Sciences, LLC ("Innovation"), Amazon.com, Inc., Amazon Digital Services, LLC, Amazon Web Services, Inc. (collectively, "Amazon"), Resideo Technologies, Inc. ("Resideo"), and HTC Corporation ("HTC") (collectively, the "Parties") file this joint motion for entry of an amended scheduling order.

This country, like much of the world, is living through a serious medical crisis. President Trump declared a national emergency on Friday March 13, 2020 in response to the spread of the coronavirus. Courts and government agencies around the country have closed or limited operations. Indeed, under General Order No. 20-03, Chief Judge Gilstrap continued all criminal and civil jury trials in this district through May 1, 2020. Schools across the country have cancelled classes for weeks or for the remainder of the schoolyear, and in many parts of the country colleges and universities have closed for the semester. Many states have issued orders closing non-essential businesses and requesting that individuals isolate themselves in their homes. Air travel has become dangerous given the close confines of aircraft and the ease with which the Coronavirus spreads from person to person and can survive on hard surfaces for days. International air travel into the United States has been restricted by executive action.

In addition, the law firms for the Parties have had staff members decide to work from home to avoid potential exposure to the coronavirus and to attend to children whose schools have been closed. At least one firm has spouses of attorneys who have been quarantined because of international travel associated with their work or because of contact with persons diagnosed with coronavirus. Other firms have closed, requiring attorneys and staff members to work remotely.

Given these disruptions and the likelihood that the trials in these consolidated actions may be substantially delayed, the Parties have agreed to an amended schedule that impacts the Final Pretrial Conference in these actions currently scheduled for April 22, 2020. The Parties proposed amended scheduling order moves the date for submission of the Joint Final Pretrial Order, Motions in Limine, deposition designations and related filings and exchanges from April 1, 2020 to May 15, 2020. The Parties further propose to move the deadline for submission currently due on April 15, 2020 to May 29, 2020. Obviously, if this schedule is adopted by the

Court, the Final Pretrial Conference currently set for April 22, 2020 will have to be reset to a date that is acceptable to the Court and its schedule.  The Parties' proposed amended schedule also resets the dates for various briefs which were previously due this week and next.

In light of the foregoing, the Parties respectfully request that the Court enter the amended scheduling order attached hereto as Exhibit 1.

Dated:  March 24, 2020

Respectfully submitted,

*/s/ Donald L. Jackson*
Donald L. Jackson
VA Bar No. 42,882 (Admitted E.D. Tex.)
James D. Berquist
VA Bar No. 42,150 (Admitted E.D. Tex.)
Gregory A. Krauss
VA Bar No. 84839 (Admitted E.D. Tex.)
Alan A. Wright
VA Bar No. 46506 (Admitted E.D. Tex.)
**DAVIDSON BERQUIST JACKSON & GOWDEY, LLP**
8300 Greensboro Dr., Suite 500
McLean, Virginia 22102
Tel.: (571) 765-7700
Fax: (571) 765-7200
djackson@davidsonberquist.com
jay.berquist@davidsonberquist.com
gkrauss@davidsonberquist.com
awright@davidsonberquist.com

Roger D. Sanders
J. Michael Young
**SANDERS, MOTLEY, YOUNG, AND GALLARDO, PLLC**
111 S. Travis Street
Sherman, Texas  75090
Phone: 903-892-9133
Fax:     903-892-4302

*Attorneys for Plaintiff*
INNOVATION SCIENCES, LLC


*/s/*     *J. David Hadden*

J. David Hadden
CA Bar No. 176148 (Admitted E.D. Tex.)
Email: dhadden@fenwick.com
Saina S. Shamilov
CA Bar No. 215636 (Admitted E.D. Tex.)
Email: sshamilov@fenwick.com
Ravi R. Ranganath
CA Bar No. 272981 (Admitted E.D. Tex.)
Email: rranganath@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Todd R. Gregorian
CA Bar No. 236096 (Admitted E.D. Tex.)
Email: tgregorian@fenwick.com
Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Tex.)
Email: dchurnet@fenwick.com
TJ Fox
CA Bar No. 322938 (Admitted E.D. Tex)
Email:  tfox@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Jeffrey Ware
CA Bar No. 271603 (Admitted E.D. Tex.)
Email: jware@fenwick.com
**FENWICK & WEST LLP**
1191 Second Avenue, 10h Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile:     206.389.4511

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Deron R. Dacus
State Bar No.  00790553
**THE DACUS FIRM, P.C**.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

*Counsel for Defendants*
AMAZON.COM, INC.,
AMAZON DIGITAL SERVICES LLC,
AND AMAZON WEB SERVICES, INC.



By: */s/ J. Thad Heartfield*
J. Thad Heartfield
Texas Bar No. 09346800
thad@heartfieldlawfirm.co
**THE HEARTFIELD LAW FIRM**
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: 409-866-3318
Facsimile: 409-866-5789

Brett Williamson *(Pro Hac Vice)*
bwilliamson@omm.com
Cameron Westin *(Pro Hac Vice)*
cwestin@omm.com
Bradley M. Berg *(Pro Hac Vice)*
bmberg@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: 949-823-6900

4

Facsimile: 949-923-6994

Brian Berliner *(Pro Hac Vice)*
bberliner@omm.com
Boris Mindzak *(Pro Hac Vice)*
bmindzak@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Melody Drummond Hansen *(Pro Hac Vice)*
mdrummondhansen@omm.com
**O'MELVENY & MYERS LLP**
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: 650-473-2600
Facsimile: 650-473-2601

*Attorneys for Defendant*
RESIDEO TECHNOLOGIES, INC.


*/s/ Philip Ou*
Yar R. Chaikovsky
CA Bar No. 175421(admitted E.D. Tex.)
yarchaikovsky@paulhastings.com
Philip Ou
CA Bar No. 259896 (admitted E.D. Tex.)
philipou@paulhastings.com
Bruce S. Yen
State Bar No. 277920 (admitted E.D. Tex.)
bruceyen@paulhastings.com
**PAUL HASTINGS, LLP**
1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone:1(650) 320-1800
Facsimile: 1(650) 320-1900

Harry L. Gillam, Jr. TX Bar No. 07921800
**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450

                    Facsimile: (903) 934-9257
                    gil@gillamsmithlaw.com

*Attorneys for Defendant*
HTC CORPORATION

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

DATED: March 24, 2020                */s/ Donald L. Jackson*
                                                  Donald L. Jackson