# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br>　　　　Plaintiff,<br>v.<br><br>AMAZON.COM, INC., et al.,<br>　　　　Defendants. | Civil Action No. 4:18-cv-00474-ALM<br>*Consolidated Lead Case* |
| INNOVATION SCIENCES, LLC,<br>　　　　Plaintiff,<br>v.<br><br>HTC CORPORATION,<br>　　　　Defendant. | Civil Action No. 4:18-cv-00476-ALM<br>*Member Case* |

## ORDER

Before the Court is the Joint Motion to Stay Pre-Trial Deadlines in the Innovation Sciences v. HTC matter, Case No. 4:18-cv-476 **(Dkt. #693 in Case No. 4:18-cv-00474)**. Having reviewed the motion, the Court concludes that this Motion should be **GRANTED**.

It is therefore **ORDERED** that all pre-trial deadlines in **Case No. 4:18-cv-476** are stayed until after the Court resolves HTC's pending Motion to Dismiss for Improper Claim Splitting and Circumvention of Patent Local Rules ("Motion to Dismiss") in related action, *Innovation Sciences, LLC v. HTC Corporation*, Case No. 4:19-cv-752-ALM, and further guidance thereafter from the Court regarding the setting of pre-trial deadlines.

**SIGNED** this 4th day of May, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE