**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| INNOVATION SCIENCES, LLC, <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC., et al., <br><br> Defendants. | Civil Action No. 4:18-cv-00474-ALM (LEAD CONSOLIDATED CASE) <br><br> JURY TRIAL DEMANDED |
| INNOVATION SCIENCES, LLC, <br><br> Plaintiff, <br> v. <br><br> RESIDEO TECHNOLOGIES, INC., <br><br> Defendant. | Civil Action No. 4:18-cv-00475-ALM |

**JOINT MOTION FOR ENTRY OF SEVENTH AMENDED SCHEDULING ORDER**

Plaintiff and Amazon (the "parties") respectfully request that the Court enter an amended scheduling order in this case, No. 4:18-cv-00474-ALM. [1] The Court continued the final pretrial conference to August 13, 2020 and set the trial between the parties to begin on August 24, 2020. (*See* Dkt. 703.) Given those extended dates and the continued limitations caused by the COVID-19 pandemic, the parties have stipulated to the following amended case schedule, pending the Court's approval:

| Current Date | New Date | Event |
| --- | --- | --- |
| May 15, 2020 | June 25, 2020 | Video Deposition Designations due. Each party proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have **fourteen**[2] calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those that cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. |

---

[1] The remaining deadlines in this case pertain only to the case and trial between Plaintiff and Amazon, No. 4:18-cv-00474-ALM. The Court stayed pretrial deadlines as to consolidated defendant HTC Corporation. Dkt. 694. The Court also set a separate trial date for consolidated defendant Resideo Technologies, Inc. *See Innovation Scis., LLC v. Resideo Techs., Inc.*, No. 4:18-cv-475-ALM Dkt. 92 (E.D. Tex. May 12, 2020).

[2] The parties stipulate to increase the time to serve objections, responses, and counter-designations from seven to fourteen days.

| Current Date | New Date | Event |
|---|---|---|
| May 15, 2020 | June 25, 2020 | Motions *in limine* due. File Joint Final Pretrial Order (*See* www.txed.uscourts.gov). Exchange Exhibits and deliver copies to the court. At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies. If Parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter, Jan Mason, at Jan_Mason@txed.uscourts.gov, by this date. |
| May 29, 2020 | July 16, 2020 | Responses to motions in limine due. File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. This does not extend the deadline to object to expert witnesses. If numerous objections are filed, the court may set a hearing prior to docket call. File Proposed Jury Instructions and Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| August 13, 2020 | August 13, 2020 | Final Pretrial Conference at 2:00 p.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. |
| N/A | August 24, 2020 | Jury selection and trial at 10:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. |

Respectfully submitted,

Dated:  May 22, 2020

By: /s/ *Todd R. Gregorian*
J. David Hadden
CA Bar No. 176148 (Admitted E.D. Tex.)
Email:  dhadden@fenwick.com
Saina S. Shamilov
CA Bar No. 215636 (Admitted E.D. Tex.)
Email:  sshamilov@fenwick.com
Ravi R. Ranganath

2

CA Bar No. 272981 (Admitted E.D. Tex.)
Email:  rranganath@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Todd R. Gregorian
CA Bar No. 236096 (Admitted E.D. Tex.)
Email:  tgregorian@fenwick.com
Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Tex.)
Email:  dchurnet@fenwick.com
TJ Fox
CA Bar No. 322938 (Admitted E.D. Tex.)
Email: tfox@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Jeffrey Ware
CA Bar No. 271603 (Admitted E. D. Tex.)
Email:  jware@fenwick.com
**FENWICK & WEST LLP**
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

*Counsel for Defendants*
AMAZON.COM, INC.,
AMAZON DIGITAL SERVICES LLC,
and AMAZON WEB SERVICES, INC.

3

Dated:    May 22, 2020                          By: /s/ *Donald L. Jackson*
                                                Donald L. Jackson
                                                VA Bar No. 42,882 (Admitted E.D. Tex.)
                                                Email: djackson@davidsonberquist.com
                                                James D. Berquist
                                                VA Bar No. 42,150 (Admitted E.D. Tex.)
                                                Email: jay.berquist@davidsonberquist.com
                                                Gregory A. Krauss
                                                VA Bar No. 84,839 (Admitted E.D. Tex.)
                                                Email: gkrauss@davidsonberquist.com
                                                Alan A. Wright
                                                VA Bar No. 46,506 (Admitted E.D. Tex.)
                                                Email: awright@davidsonberquist.com
                                                **DAVIDSON BERQUIST JACKSON & GOWDEY, LLP**
                                                8300 Greensboro Drive, Suite 500
                                                McLean, VA  22012
                                                Telephone: (571) 765-7700
                                                Facsimile: (571) 765-7200

                                                Rogers D. Sanders
                                                Email: rsanders@somlaw.net
                                                J. Michael Young
                                                Email: myoung@somlaw.net
                                                **SANDERS, MOTLEY, YOUNG, AND GALLARDO, PLLC**
                                                111 S. Travis Street
                                                Sherman, TX  75090
                                                Telephone:  (903) 892-9133
                                                Facsimile:  (903) 892-4302

                                                *Attorneys for Plaintiff*
                                                INNOVATION SCIENCES, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Amazon defendants conferred with counsel of record for plaintiff Innovation Sciences, LLC on May 22, 2020 and plaintiff does not oppose the present motion.

Dated:    May 22, 2020

/s/ Todd R. Gregorian
Todd R. Gregorian

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 22, 2020.

/s/ Todd R. Gregorian
Todd R. Gregorian