**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br><br>    Plaintiff,<br>  v.<br><br>AMAZON.COM, INC., et al.,<br><br>    Defendants. | Civil Action No. 4:18-cv-00474-ALM<br>(LEAD CONSOLIDATED CASE)<br><br>JURY TRIAL DEMANDED |
| INNOVATION SCIENCES, LLC,<br><br>    Plaintiff,<br>  v.<br><br>RESIDEO TECHNOLOGIES, INC.,<br><br>    Defendant. | Civil Action No. 4:18-cv-00475-ALM |

**JOINT MOTION FOR ENTRY OF NINTH AMENDED SCHEDULING ORDER**

Plaintiff and Amazon (the "parties") respectfully request that the Court enter an amended scheduling order in this case, No. 4:18-cv-00474-ALM.[1] The current schedule set forth in Dkt. 729 requires the parties to file video deposition designations, Joint Final Pretrial Order, and motions in limine on Thursday, June 25, 2020.  The parties are working toward completing these documents but require more time to confer on the Joint Final Pretrial Order.  The parties therefore respectfully request two business days to file that joint document.  The new due date will be June 29, 2020. No other due dates in the Court's 8th Amended Scheduling Order (Dkt. 729) will be affected by the extension.  The agreement between the parties is reflected in the following amended case schedule, pending the Court's approval:

| Date | Event |
|---|---|
| June 25, 2020 | Video Deposition Designations due.  Each party proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have fourteen calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those that cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. Motions *in limine* due. Plaintiff to provide defendants with revisions to Joint Final Pretrial Order. If Parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter, Jan Mason, at Jan_Mason@txed.uscourts.gov, by this date. |

---

[1] The remaining deadlines in this case pertain only to the case and trial between Plaintiff and Amazon, No. 4:18-cv-00474-ALM.

1

| Date | Event |
|---|---|
| June 29, 2020 | File Joint Final Pretrial Order **(excluding the parties' final lists of exhibits, which the parties will file on July 16, 2020)**.<br><br>(*See* www.txed.uscourts.gov). |
| July 16, 2020 | Responses to motions in limine due.<br><br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. This does not extend the deadline to object to expert witnesses. If numerous objections are filed, the court may set a hearing prior to docket call.<br><br>File Proposed Jury Instructions and Form of Verdict (or Proposed Findings of Fact and Conclusions of Law).<br><br>**File the parties' final lists of trial exhibits.**<br><br>**Exchange Exhibits and deliver copies to the court. At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies.** |
| August 13, 2020 | Final Pretrial Conference at 2:00 p.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. |
| August 24, 2020 | Jury selection and trial at 10:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. |

Respectfully submitted,

Dated:   June 25, 2020

By:  /s/ *Donald L. Jackson*
Donald L. Jackson
VA Bar No. 42,882 (Admitted E.D. Tex.)
Email:  djackson@davidsonberquist.com
James D. Berquist
VA Bar No. 42,150 (Admitted E.D. Tex.)
Email:  jay.berquist@davidsonberquist.com
Gregory A. Krauss
VA Bar No. 84,839 (Admitted E.D. Tex.)

2

Email:  gkrauss@davidsonberquist.com
Alan A. Wright
VA Bar No. 46,506 (Admitted E.D. Tex.)
Email:  awright@davidsonberquist.com
**DAVIDSON BERQUIST JACKSON & GOWDEY, LLP**
8300 Greensboro Drive, Suite 500
McLean, VA  22012
Telephone: (571) 765-7700
Facsimile: (571) 765-7200

Rogers D. Sanders
Email:  rsanders@somlaw.net
J. Michael Young
Email:  myoung@somlaw.net
**SANDERS, MOTLEY, YOUNG, AND GALLARDO, PLLC**
111 S. Travis Street
Sherman, TX  75090
Telephone:  (903) 892-9133
Facsimile:  (903) 892-4302

*Attorneys for Plaintiff*
INNOVATION SCIENCES, LLC

Dated:  June 25, 2020

By:  /s/ *Saina S. Shamilov*

J. David Hadden
CA Bar No. 176148 (Admitted E.D. Tex.)
Email:  dhadden@fenwick.com
Saina S. Shamilov
CA Bar No. 215636 (Admitted E.D. Tex.)
Email:  sshamilov@fenwick.com
Ravi R. Ranganath
CA Bar No. 272981 (Admitted E.D. Tex.)
Email:  rranganath@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Todd R. Gregorian
CA Bar No. 236096 (Admitted E.D. Tex.)

3

Email:  tgregorian@fenwick.com
Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Tex.)
Email:  dchurnet@fenwick.com
TJ Fox
CA Bar No. 322938 (Admitted E.D. Tex.)
Email: tfox@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Jeffrey Ware
CA Bar No. 271603 (Admitted E. D. Tex.)
Email:  jware@fenwick.com
**FENWICK & WEST LLP**
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

*Counsel for Defendants*
AMAZON.COM, INC.,
AMAZON DIGITAL SERVICES LLC,
and AMAZON WEB SERVICES, INC.

4

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the Amazon defendants conferred with counsel of record for plaintiff Innovation Sciences, LLC on June 25, 2020 and Amazon does not oppose the present motion.

Dated:    June 25, 2020

*/s/ Donald L. Jackson*
Donald L. Jackson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 25, 2020.

*/s/ Donald L. Jackson*
Donald L. Jackson

5