**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendant. | Civil Action No. 4:18-cv-00474-ALM<br>(LEAD CONSOLIDATED CASE)<br><br>JURY TRIAL DEMAND |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants Amazon.com, Inc., Amazon Digital Services, LLC, and Amazon Web Services, Inc. ("Amazon") file this Unopposed Motion to Withdraw as Counsel and respectfully request that Melissa R. Smith be permitted to withdraw herein as counsel of record for Amazon in the above captioned matter. The granting of this motion imposes no delay and will not affect any deadlines in the case. Further, the clerk is requested to terminate all CM/ECF notifications as to Melissa R. Smith for this action. Counsel for Plaintiff does not object to the filing of this Motion.

Dated: August 14, 2020  Respectfully submitted,

By: /s/ *Melissa R. Smith*
J. David Hadden
CA Bar No. 176148 (Admitted E.D. Tex.)
Email:  dhadden@fenwick.com
Saina S. Shamilov
CA Bar No. 215636 (Admitted E.D. Tex.)
Email:  sshamilov@fenwick.com
Ravi R. Ranganath
CA Bar No. 272981 (Admitted E.D. Tex.)
Email:  rranganath@gmail.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, California 94041
Tel.: (650) 988-8500 | Fax: (650) 938-5200

Todd R. Gregorian
CA Bar No. 236096 (Admitted E.D. Tex.)
Email:  tgregorian@fenwick.com
Dargaye Churnet
CSB No. 303659 (Admitted E.D. Tex.)
Email:  dchurnet@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA  94104
Tel.: 415.875.2300 | Fax: 415.281.1350

Jeffrey Ware
CA Bar No. 271603 (Admitted E. D. Tex.)
Email:  jware@fenwick.com
**FENWICK & WEST LLP**
1191 Second Avenue, 10h Floor
Seattle, WA 98101
Tel.: 206.389.4510 | Fax: 206.389.4511

Melissa R. Smith
State Bar No. 24001351
Andrew Thompson ("Tom") Gorham
Texas State Bar No. 24012715
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel.:  (903) 934-8450 | Fax:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com
Email: tom@gillamsmithlaw.com

*Counsel for Defendants*
**AMAZON.COM, INC.,
AMAZON DIGITAL SERVICES LLC,
AND AMAZON WEB SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 14th day of August, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith