# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 8/24/2020

| **DISTRICT JUDGE**<br>Amos L. Mazzant, III | **COURT REPORTER:** Chris Beckham<br>**COURTROOM DEPUTY:** Keary Conrad |
|---|---|
| Innovation Sciences, Inc.<br><br>v.<br><br>Amazon.Com, Inc. | 4:18-CV-474 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Don Jackson, Lisa Blue, James Berquist, Walter Davis, Jr., Gregory Kruass, Roger Sanders, Michael Young (Counsel), Kellye Raymond, Jennifer Beyer (paralegals) and Paul Malouf (Technology) | Deron Dacus, Dave Hadden, Saina Shamilov (Counsel), Fred Torok (Amazon representative) Robert Winant (paralegal) and Brian Patterson (Technology) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Voir Dire, Jury Selection, Jury Trial (Day 1) |
|---|---|
| 8:45 a.m. | Jury panel is shown patent video and qualified for the panel. |
| 10:00 a.m. | Court in session. Court notes appearances of Counsel and parties. |
| 10:04 a.m. | Judge begins initial voir dire process with jury. |
| 10:17 a.m. | Plaintiff's counsel, Don Jackson begins 5 minute opening statement. |
| 10:23 a.m. | Defendant, Deron Dacus begins 5 minutes opening statement. |
| 10:27 a.m. | Court continues beginning qualification for the panel. |
| 10:34 a.m. | Counsel from both sides introduce all Parties at counsel table. |
| 10:39 a.m. | Plaintiff's counsel, Don Jackson orally moves for pro hac vice admission of Lisa Blue. Paperwork in process but has not been processed yet. Court orally grants Plaintiff's request for admission for purposes. |
| 10:40 a.m. | Plaintiff's counsel, Lisa Blue begins voir dire. |

| | |
|---|---|
| 11:56 a.m. | Counsel Blue passes the panel. |
| 11:59 a.m. | Court releases panel for lunch. |
| 12:01 p.m. | Court hears from Parties regarding strikes for cause and disclosure of slides during voir dire. |
| 12:02 p.m. | Court describes process for strikes.  After strikes in chambers, Parties will convene in their rooms and provide strikes to Courtroom Deputy upon completion. |
| 12:03 p.m. | Court recess for lunch. |
| 1:03 p.m. | Court re-convenes. |
| 1:06 p.m. | Counsel, Deron Dacus begins voir dire. |
| 1:51 p.m. | Court advises jury panel that it is time for strikes. |
| 1:52 p.m. | Court recess for strikes. |
| 2:58 p.m. | Court re-convened.  Jury seated. |
| 3:02 p.m. | Jury placed under oath.  Remainder of the panel excused. |
| 3:03 p.m. | Court begins preliminary instructions. |
| 3:32 p.m. | Jury released. |
| 3:34 p.m. | Court hears argument from counsel regarding demonstratives for opening statements. |
| 3:56 p.m. | Parties discuss pending motions regarding expert testimony.  Plaintiff will respond to the motion by Wednesday (8/26/2020. |
| 3:59 p.m. | Parties discuss pending motion regarding witness Shriver (Dkt. #819). |

| | |
|---|---|
| 4:22 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk