**IN UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

**SHERMAN DIVISION**

**DATE:** 8/25/2020

| **DISTRICT JUDGE**<br>Amos L. Mazzant, III | **COURT REPORTER:** Chris Beckham<br>**COURTROOM DEPUTY:**  Keary Conrad |
|---|---|
| Innovation Sciences, Inc.<br><br>v.<br><br>Amazon.Com, Inc. | 4:18-CV-474 |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| Don Jackson, James Berquist, Walter Davis, Jr., Gregory Krauss, Lisa Blue (Counsel),Paul Malouf (Technology) | Deron Dacus, Dave Hadden, Saina Shamilov (Counsel), Fred Torok (Amazon representative) Robert Winant (paralegal) and Brian Patterson (Technology) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury trial (Day 2) |
|---|---|
| 8:10 a.m. | Court is in session. Court notes appearance of parties. |
| 8:11 a.m. | Court hears argument from counsel regarding witness Shriver.  Parties discuss exhibits.  Parties discuss deposition testimony regarding McAlexander.  Parties discuss stipulated priority date. |
| 8:35 a.m. | Jury seated. |
| 8:38 a.m. | Counsel, Don Jackson begins opening statement. |
| 9:19 a.m. | Counsel, Deron Dacus begins opening statement. |
| 10:00 a.m. | Court excuses jury for 15 minute break. |
| 10:01 a.m. | Court recess for 15 minutes. |
| 10:18 a.m. | Court re-convenes.  Parties discuss notebooks. |
| 10:19 a.m. | Jury seated. |
| 10:20 a.m. | Court explains notebooks to jury.  Court advises the notebooks will be provided to the jury after lunch. |

| Time | Event |
|---|---|
| 10:21 a.m. | Amazon counsel invokes the rule.  Witnesses are asked to leave the courtroom. |
| 10:22 a.m. | Counsel, Don Jackson calls Joseph C. McAlexander, III |
| 10:22 a.m. | Witness, Joseph C. McAlexander, III placed under oath. |
| 10:23 a.m. | Counsel, Don Jackson begins direct examination of Joseph C. McAlexander, III |
| 10:28 a.m. | Counsel, Don Jackson refers witness, Joseph C. McAlexander, III to Plaintiff's Exhibit 1. |
| 10:29 a.m. | Counsel, Don Jackson refers witness, Joseph C. McAlexander, III to Plaintiff's Exhibit 2. |
| 10:29 a.m. | Counsel, Don Jackson refers witness, Joseph C. McAlexander, III to Plaintiff's Exhibit 3. |
| 10:33 a.m. | Counsel, Don Jackson refers witness, Joseph C. McAlexander, III to Plaintiff's Exhibit 20 for purposes of the witness.  Not admitting exhibit at this time. |
| 10:44 a.m. | Counsel offers Joseph C. McAlexander as an expert witness with respect to computerized communication.  No objection.  Court recognizes McAlexander as an expert. |
| 10:48 a.m. | Counsel, Don Jackson refers witness, Joseph C. McAlexander, III to Plaintiff's Exhibit 1. |
| 11:10 a.m. | Counsel, Don Jackson refers witness, Joseph C. McAlexander, III to Figure 16. |
| 11:13 a.m. | Counsel, Don Jackson requests the Court allow Joseph C. McAlexander to use his prepared slides for demonstrative purposes only.  Court allows slides for demonstrative purposes. |
| 11:59 a.m. | Court excuses jury for lunch. |
| 12:01 p.m. | Court in recess until 1:00 pm. |
| 1:10 p.m. | Jury seated. |
| 1:10 p.m. | Counsel, Don Jackson continues direct examination of witness, Joseph C. McAlexander, III. |
| 3:02 p.m. | Court excused jury recess for 15 minute break. |
| 3:03 p.m. | Court adjourned for 15 minutes. |

| 3:22 p.m. | Court reconvenes.  Jury seated. |
|---|---|
| 3:23 p.m. | Counsel, Don Jackson continues direct examination of witness, Joseph C. McAlexander, III. |
| 5:21 p.m. | Court releases jury until 8:30 am tomorrow. |
| 5:22 p.m. | Court hears argument from counsel regarding objection to testimony of McAlexander and report. |
| 5:27 p.m. | Counsel, Deron Dacus questions the Court regarding 50(a) motions.  Court asks the Parties to confer with the other side regarding proceeding. |
| 5:28 p.m. | Many Plaintiffs exhibits were referenced by Joseph C. McAlexander as having been reviewed in preparation of his demonstrative. Counsel will confer and present a list of those exhibits to the Courtroom Deputy tomorrow prior to Court beginning. |
| 5:30 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk