# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 9/2/2020

| **DISTRICT JUDGE**<br>Amos L. Mazzant, III | **COURT REPORTER:** Chris Beckham<br>**COURTROOM DEPUTY:**  Keary Conrad |
|---|---|
| Innovation Sciences, Inc.<br><br>v.<br><br>Amazon.Com, Inc. | 4:18-CV-474 |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| Don Jackson, James Berquist, Walter Davis, Jr., Gregory Krauss, Alan Ray, Lisa Blue (Counsel),Paul Malouf (Technology) | Deron Dacus, Dave Hadden, Saina Shamilov (Counsel), Fred Torok (Amazon representative) Robert Winant (paralegal) and Brian Patterson (Technology) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:  Jury trial (Day 8) |
|---|---|
| 8:29 a.m. | Court in session. Court notes appearances of the Parties. |
| 8:29 a.m. | Court hears argument from counsel regarding jury charge and Ineligibility claim. |
| 8:32 a.m. | Court hears objections regarding exhibits: Plaintiff moves to admit 970A – printout from their damages expert report prepared by damages expert used as demonstrative with Plaintiff's expert.   Conditioanlly admitted util contents re verified.  Counsel Shamilov moves for the admission of Defendant's Exhibit 1179.   Court admits 1179. Parties agree that Defendant's Exhibit D73 is not admitted. |
| 8:31 a.m. | Jury seated. |
| 8:32 a.m. | Plaintiff's counsel, James Berquist re-calls rebuttal witness, Dr. Devrim Ikizler.  Witness reminded he is still under oath. |
| 8:53 a.m. | **COURTROOM AND RECORD SEALED**. |
| 9:02 a.m. | Pass the witness. |
| 9:03 a.m. | Defendant's counsel, Deron Dacus begins cross examination of Dr. Devrim Ikizler. |
| 9:22 a.m. | Pass the witness. |
| 9:23 a.m. | Plaintiff's counsel, James Berquist begins re-direct examination of Dr. Devrim Ikizler. |

| 9:25 a.m. | Pass the witness. |
| 9:25 a.m. | Defendant's counsel, Deron Dacus begins re-cross examination of Dr. Devrim Ikizler. |
| 9:27 a.m. | Pass the witness. |
| 9:27 a.m. | Court polls the jury for questions.  Bench conference. |
| 9:30 a.m. | Court asks questions of witness, Dr. Devrim Ikizler from the jury. |
| 9:34 a.m. | Witness excused. |
| 9:34 a.m. | Plaintiff closes.  Defendant closes. |
| 9:35 a.m. | Jury excused for 10 minute break. |
| 9:35 a.m. | Court inquires regarding agreement on motions.  Plaintiff requests the ability to file motions within 14 days.  Defense objects.  Defense is fine to file 50(a) motions by midnight today 9/2/2020.  Plaintiff disagrees with timeline.  Court proposes noon tomorrow on 50(a) motions.  Defendant just wants to confirm that by filing 50(a) motions those will be considered timely.  The Court advises, no waiver by either party.  Court will take up objections to the charge after the case is given to the jury.  The Court advises no waiver by either party in that regard either. |
| 9:38 a.m. | Parties are given a copy of the charge. |
| 9:38 a.m. | Court adjourned for 10 minutes. |
| 9:53 a.m. | Court re-convened. Jury seated. |
| 9:54 a.m. | Plaintiff's counsel, Don Jackson begins closing argument. |
| 10:56 a.m. | Plaintiff's counsel, Don Jackson concludes initial closing argument. |
| 10:57 a.m. | Defendant's counsel, Dave Hadden begins closing argument. |
| 11:55 a.m. | Defendant's counsel, Deron Dacus begins closing argument. |
| 12:11 p.m. | Defendant's counsel, Deron Dacus finishes closing argument. |
| 12:12 p.m. | Plaintiff's counsel, Don Jackson concludes closing argument. |
| 12:25 p.m. | Court recess for 10 minute break. |
| 12:35 p.m. | Court re-convened. Jury seated. |
| 12:35 p.m. | Court begins reading the charge to the jury. |
| 1:29 p.m. | Jury excused for deliberations. |

CASE NO.   4:18-CV-474  ALM          DATE: 09/02/2020

PAGE 3  - PROCEEDINGS CONTINUED:

| | |
|---|---|
| 1:30 p.m. | Court hears from Defendant's counsel, Shamilov regarding moving for Defendant's exhibits 1324, 74, 75, 79, 80, 90, 91, 92, 1179, 221, 260, 263, 265, 372.  Admitted. |
| 1:32 p.m. | Court hears argument from Counsel regarding objections to the charge. Court overrules all objections. |
| 1:41 p.m. | Court hears from Counsel Shamilov's objection to the verdict form.  Court overrules all objections. |
| 1:42 p.m. | Court in recess pending a note from the jury or the jury's verdict. |
| 5:06 p.m. | Court re-convened. Jury seated. |
| 5:06 p.m. | Court advises the Parties that Note #1 was the jury foreperson.  Note #2 is that the jury has a verdict. |
| 5:07 p.m. | Jury seated. |
| 5:08 p.m. | Jury advises they have reached a verdict.  Court reviews the verdict. |
| 5:09 p.m. | Court publishes verdict. |
| 5:11 p.m. | Jury released. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk