# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| INNOVATION SCIENCES, LLC, | § § § | |
| Plaintiff | § | Civil Action No. 4:18-cv-474 |
| v. | § § | Judge Mazzant |
| AMAZON.COM, INC., et al., | § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court are Plaintiff's Motions for Judgment as a Matter of Law on Patent Ineligibility (Dkt. #848), Written Description (Dkt. #849), Invalidity Based on the Alleged HAL Prior Art (Dkt. #850), Infringement (Dkt. #851), and Amazon's Failure to Apportion Damages (Dkt. #852). Having considered the motions, the Court finds that Plaintiff's motions should be **DENIED**.

Also pending before the Court is Defendants' Motion for Judgment as a Matter of Law for No Willful Infringement, No Infringement Under the Doctrine of Equivalents, and No Indirect Infringement (Dkt. #843). Having considered the motion, the Court finds that Defendants' motion is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

SIGNED this 4th day of September, 2020.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE