# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br><br>　　　　　　Plaintiff,<br>v.<br><br>AMAZON.COM, INC., et al.<br><br>　　　　　　Defendants. | Civil Action No. 4:18-cv-00474-ALM<br>(LEAD CONSOLIDATED CASE) |

**DECLARATION OF ERIC B. YOUNG IN SUPPORT OF
DEFENDANTS' MOTION TO TAX COSTS**

I, Eric B. Young, hereby state and declare as follows:

1. I am an attorney admitted to practice in California. I am an associate at the law firm of Fenwick & West LLP ("Fenwick") in San Francisco, California, and counsel for Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (collectively "Amazon") in this matter. I have personal knowledge of the facts stated in this declaration.

2. **Exhibit A** contains copies of invoices for deposition services and a chart explaining which categories and line-items Amazon omitted from its request for costs, including ASCII/rough drafts, expedited turnaround service, shipping, extra copies of transcripts and/or video, processing fees, and real-time transcription fees. Certain invoices reflect but do not separately itemize costs for expedited turnaround. (*See, e.g.*, A10 for Ann Wong; A14 for Kevin Keith; A17 for Guang Zheng; A21 for Keith Ugone; A31 for Joseph McAlexander Vol I; A33 for Joseph McAlexander Vol. II; A35 for Michael Brletich; and A38 for CJ Allen). For these invoices, Amazon discounted the transcription line-item to $3.35 per page to reflect the most common (and lowest) per-page cost reflected in Amazon's invoices. In total, Amazon discounted these costs by $22,957.33. With those costs removed, the invoices in Exhibit A reflect that Amazon spent **$42,328.51** on deposition transcripts and videography.

3. **Exhibit B** contains a summary and copies of invoices for court reporting costs for the *Markman* hearing and daily trial transcription. B1 is an invoice for $245 from Ms. Jan Mason for the *Markman* hearing held on August 28, 2019. The parties split the full cost of the transcript, and $245 represents Amazon's share. B2 and B3 are invoices for the deposit and final invoice from Ms. Mason, respectively, for daily trial transcription. Those invoices total **$20,772.00**.

4. **Exhibit C** contains a summary of Amazon's statutory witness fees and a copy of the relevant per diem rates for Texas for the 2020 fiscal year. I am informed and believe that Dr.

1

Keith Ugone lives in Grand Saline, Texas, that he traveled 244 miles round-trip to attend trial, and stayed overnight in Sherman. I am also informed and believe that Dr. David Johnson drove 658 miles from his home in Houston, Texas to attend trial and also stayed overnight in Sherman.

5. **Exhibit D** contains a summary of Amazon's printing costs and invoice (D1) for printing two copies of defendants' exhibits and one copy of plaintiff's exhibits for use at trial. It also includes follow-up correspondence (D2) from the vendor, Platinum IDS, LLC, attaching a breakdown of the costs for each set Amazon printed. Amazon seeks only **$29,710.62** of the $38,291.49 it paid for this invoice.

6. **Exhibit E** contains a summary and copies of invoices from Miraviz Trial Consultants for work relating to graphics and demonstratives for trial, the *Markman* hearing in this case, and the Court's mandatory technical tutorial. Amazon paid $304,548.31 for graphics and demonstratives prepared for use at trial, but requests reimbursement of only **$76,137.08**. Amazon paid **$50,262.11** for graphics and demonstratives related to the *Markman* hearing and technology tutorial.

7. On November 11, 2020, I sent an email to counsel for plaintiffs, Mr. Don Jackson, attaching defendants' proposed Bill of Costs. **Exhibit F** is a copy of that email. I met and conferred with counsel to discuss Amazon's proposed Bill of Costs on November 17, 2020. Mr. Jackson indicated on that call that plaintiff would oppose Amazon's motion to tax costs. On November 19, 2020, I provided case law supporting Amazon's positions. Counsel responded on December 4, 2020, confirming that plaintiff disputed Amazon's entitlement to any costs. **Exhibit G** is a copy of that correspondence. Amazon has reduced its costs request by nearly $30,000 following the parties' conference on the motion.

8.   **Exhibit H** is a copy of an email chain from Ms. Mason to attorneys for both sides at trial, showing that both sides ordered daily transcripts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Castro Valley, California, on March 9, 2021.

*/s/ Eric B. Young*
Eric B. Young

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 9, 2021.

*/s/ Eric B. Young*
Eric B. Young