# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br><br>                      Plaintiff,<br>v.<br><br>AMAZON.COM, INC., et al.<br><br>                      Defendants. | Civil Action No. 4:18-cv-00474-ALM<br>(LEAD CONSOLIDATED CASE) |

## ORDER GRANTING DEFENDANTS' MOTION TO TAX COSTS

BEFORE THE COURT is defendants' motion to tax costs. Having considered the motion, the Court GRANTS defendants' motion and permits Amazon to file a Bill of Costs with the Clerk for **$220,860.22**, consisting of the following:

- $42,328.51 for deposition transcripts and video;

- $21,017.00 for daily trial transcripts and hearing transcripts;

- $29,710.62 for printing exhibits for trial;

- $76,137.08 for trial graphics and technical courtroom assistance;

- $50,262.11 for costs associated with preparing mandatory *Markman* technical tutorials and presentations; and

- $1,404.90 in statutory witness fees for Dr. Johnson, Dr. Ugone, and Fred Torok to attend trial in person and provide testimony.

IT IS SO ORDERED.