IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INNOVATION SCIENCES, LLC, <br><br> Plaintiff, <br> v. <br><br> AMAZON.COM, INC., ET AL., <br><br> Defendants. | Civil Action No.4:18-cv-00474-ALM |

### JOINT MOTION TO EXTEND DEADLINES

Plaintiff Innovation Sciences, LLC ("Innovation") and Defendants Amazon.com, Inc. and Amazon Web Services, Inc. ("Amazon") file this joint motion and request that the Court extend the existing briefing deadlines for (1) Innovation's reply in support of its Rule 50(b) motion, and alternative motion under Rule 59(a) (Dkt. 908) to May 14, 2021; and (2) Amazon's surreply to Innovation's Rule 50(b)/59(a) motion to two weeks after Innovation's reply is filed.

Innovation's current deadline to file its reply in support of the Rule 50(b)/59(a) motion is May 7, 2021 and Amazon's current deadline to file its surreply to the Rule 50(b)/59(a) motion is May 14, 2021.  Amazon's counsel is preparing for an upcoming trial in the Western District of Texas, and Innovation's counsel has multiple briefs due within a day of each other in the present case in addition to commitments in other cases.  The parties have agreed on these extensions to accommodate the schedule of the parties' counsel and provide additional time for response.

WHEREFORE, the parties respectfully request that the Court enter an order extending the identified deadlines as follows:

| Item | Current Deadline | New Deadline |
|---|---|---|
| Innovation's reply in support of the Rule 50(b)/59(a) motion (Dkt. 908) | May 7, 2021 | May 14, 2021 |

1

| Amazon's surreply to Innovation's Rule 50(b)/59(a) motion | May 14, 2021 | Two weeks after Innovation's reply is filed |
|---|---|---|

Dated:  May 5, 2021

/s/ Donald L. Jackson
Donald L. Jackson
VA Bar No. 42,882 (Admitted E.D. Tex.)
James D. Berquist
VA Bar No. 42,150 (Admitted E.D. Tex.)
Gregory A. Krauss,
VA Bar No. 84839 (Admitted E.D. Tex.)
Alan A. Wright,
VA Bar No. 46506 (Admitted E.D. Tex.)
Walter D. Davis, Jr.
VA Bar No. 48127 (Admitted E.D. Tex.)
**DAVIDSON BERQUIST JACKSON & GOWDEY LLP**
8300 Greensboro Dr., Suite 500
McLean, Virginia 22102
Tel.: (571) 765-7700
Fax: (571) 765-7200
djackson@davidsonberquist.com
jay.berquist@davidsonberquist.com
gkrauss@davidsonberquist.com
awright@davidsonberquist.com
wdavis@davidsonberquist.com

Roger D. Sanders
J. Michael Young
**SANDERS, MOTLEY, YOUNG, AND GALLARDO, PLLC**
111 S. Travis Street
Sherman, Texas 75090
Tel.: (903) 892-9133
Fax: (903) 892-4302
rsanders@somlaw.net
myoung@somlaw.net

Lisa B. Blue
**BARON & BLUE**
3300 Oak Lawn Ave., 3rd Floor
Dallas, TX 75219
Tel. 214-532-3102
lblue@baronandblue.com

*Respectfully submitted,*

/s/ Todd R. Gregorian
J. David Hadden
CA Bar No. 176148 (Admitted E.D. Tex.)
dhadden@fenwick.com
Saina S. Shamilov
CA Bar No. 215636 (Admitted E.D. Tex.)
sshamilov@fenwick.com
Ravi R. Ranganath
CA Bar No. 272981 (Admitted E.D. Tex.)
rranganath@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Todd R. Gregorian
CA Bar No. 236096 (Admitted E.D. Tex.)
tgregorian@fenwick.com
Dargaye Churnet
CA Bar No. 303659 (Admitted E.D. Tex.)
dchurnet@fenwick.com
Eric B. Young
CA Bar No. 318754 (Admitted E.D. Tex.)
eyoung@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Jeffrey Ware
WA Bar No. 43779 (Admitted E.D. Tex.)
jware@fenwick.com
**FENWICK & WEST LLP**
1191 Second Avenue, 10h Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

*Attorneys for Plaintiff*
INNOVATION SCIENCES, LLC

*Counsel for Defendants*
AMAZON.COM, INC.,
AND AMAZON WEB SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).


DATED: May 5, 2021

*/s/ Donald L. Jackson*
Donald L Jackson