IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br><br>        Plaintiff,<br>v.<br><br>AMAZON.COM, INC., ET AL.,<br><br>        Defendants. | Civil Action No.4:18-cv-00474-ALM |

**OPPOSED IN PART MOTION TO ENLARGE PAGE LIMITS**

    Plaintiff Innovation Sciences, LLC ("Innovation") files this partially opposed motion to enlarge the page limits of Innovation's Reply In Support of Its Rule 50(b) Motion for Judgment as a Matter of Law, or Alternatively, Rule 59(a) Motion for a New Trial. Innovation asks the Court to enlarge the page limit to twenty pages, exclusive of attachments and exhibits.

    Good cause exists for the enlargement of the page limits. Innovation's Rule 50(b)/59(a) Motion focused heavily on the detailed evidence admitted at trial and covered all invalidity, non-infringement and patent eligibility issues. As a result, Amazon's opposition also focused heavily on the detailed evidence admitted at trial. Innovation needs the additional pages to respond to the issues raised and arguments made in Amazon's opposition brief. Moreover, if Innovation had filed its Rule 50(b) motion as multiple motions, Local Rule CV-50 in combination with Local Rule CV-7(a)(3) would set the page limit for the reply brief at the twenty pages Innovation seeks by this motion. Amazon has indicated that it does not oppose an enlargement to fifteen pages. For the reasons provided, Innovation respectfully requests permission to enlarge the page limits of its reply to twenty pages.

Dated:  May 14, 2021

*Respectfully submitted,*

/s/ Donald L. Jackson
Donald L. Jackson
VA Bar No. 42,882 (Admitted E.D. Tex.)
James D. Berquist
VA Bar No. 42,150 (Admitted E.D. Tex.)
Gregory A. Krauss,
VA Bar No. 84839 (Admitted E.D. Tex.)
Alan A. Wright,
VA Bar No. 46506 (Admitted E.D. Tex.)
Walter D. Davis, Jr.
VA Bar No. 48127 (Admitted E.D. Tex.)
**DAVIDSON BERQUIST JACKSON & GOWDEY LLP**
8300 Greensboro Dr., Suite 500
McLean, Virginia 22102
Tel.: (571) 765-7700
Fax: (571) 765-7200
djackson@davidsonberquist.com
jay.berquist@davidsonberquist.com
gkrauss@davidsonberquist.com
awright@davidsonberquist.com
wdavis@davidsonberquist.com

Roger D. Sanders
J. Michael Young
**SANDERS, MOTLEY, YOUNG, AND GALLARDO, PLLC**
111 S. Travis Street
Sherman, Texas 75090
Tel.: (903) 892-9133
Fax: (903) 892-4302
rsanders@somlaw.net
myoung@somlaw.net

Lisa B. Blue
**BARON & BLUE**
3300 Oak Lawn Ave., 3rd Floor
Dallas, TX 75219
Tel. 214-532-3102
lblue@baronandblue.com

*Attorneys for Plaintiff*
INNOVATION SCIENCES, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Innovation Sciences, LLC conferred with counsel of record for defendants Amazon.com, Inc., Amazon Digital Services, LLC and Amazon Web Services, Inc. (collectively, "Amazon") on May 14, 2021 and Amazon opposes the present motion in part as set forth above.

DATED: May 14, 2021                            /s/ Donald L. Jackson
                                                Donald L Jackson

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

DATED: May 14, 2021                            /s/ Donald L. Jackson
                                                Donald L Jackson