# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br><br>            Plaintiff,<br>v.<br><br>AMAZON.COM, INC., ET AL.,<br><br>            Defendants. | Civil Action No.4:18-cv-00474-ALM |

## ORDER

Pending before the Court is Innovation Sciences, LLC's ("Innovation's") partially Opposed Motion to Enlarge the Page Limits for Innovation's Reply In Support of Its Rule 50(b) Motion for Judgment as a Matter of Law, or Alternatively, Rule 59(a) Motion for a New Trial (Dkt. #948).

Having considered the motion and finding good cause to grant the same, the motion is **GRANTED**.  The page limit for Innovation's Reply Brief is enlarged to twenty pages, exclusive of attachments and exhibits.

**IT IS SO ORDERED**.

**SIGNED** this 18th day of May, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE