# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INNOVATION SCIENCES, LLC, | |
| Plaintiff, | Civil Action No.4:18-cv-00474-ALM |
| v. | |
| AMAZON.COM, INC., ET AL., | Hon. Amos L. Mazzant, III |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Innovation Sciences, LLC appeals to the United States Court of Appeals for the Federal Circuit from all aspects of the following:

1. Rule 58 Judgment (DI 897) entered on February 26, 2021;

2. Memorandum Opinion and Order (DI 896) entered on February 26, 2021;

3. Order Denying Plaintiff's Motions for Judgment as a Matter of Law (DI 857) entered on September 4, 2020;

4. Jury Verdict (DI 853) entered on September 2, 2020;

5. Text Order overruling Innovation's objections to admission of Timothy Shriver's testimony and exhibits related thereto entered on August 30, 2020;

6. Order Denying Plaintiff's Rule 50(b) Motion for Judgment as a Matter of Law, or Alternatively, Rule 59(a) Motion for a New Trial (DI 954) entered on May 24, 2021;

7. Order Granting-In-Part Defendants' Motion to Tax Costs (DI 955) entered on May 24, 2021;

8. Order Denying Plaintiff's Motion in Limine Nos. 7, 10, 20, 27, 28, and 29 (DI 812) entered on August 20, 2020;

9.       Order Denying Plaintiff's Motion for Sanctions (DI 790) entered on July 31, 2020;

10.     Order Denying Plaintiff's Motion to Exclude Opinions of David B. Johnson, Ph.D. (DI 767) entered on July 22, 2020;

11.     Order Denying Plaintiff's Motion to Strike the Opening Expert Report of David B. Johnson, Ph.D. (DI 765) entered on July 22, 2020;

12.     Claim Construction Memorandum and Order (DI 229) entered on September 9, 2019;

13.     The Court's oral orders overruling Plaintiff's objections to the jury instructions (DI 885 at 201) entered on September 2, 2020;

14.     The Court's oral orders overruling Plaintiff's objections to the admission and/or presentation of videos allegedly showing or demonstrating a HAL system (DI 879 at 85-86) entered on August 31, 2020; and

15.     All other interlocutory decisions, rulings and/or orders pertinent or ancillary to the above-identified judgments, orders and/or opinions.

Dated: June 23, 2021

Respectfully submitted,

*/s/ Donald L. Jackson*
Donald L. Jackson
VA Bar No. 42,882 (Admitted E.D. Tex.)
James D. Berquist
VA Bar No. 42,150 (Admitted E.D. Tex.)
Gregory A. Krauss,
VA Bar No. 84839 (Admitted E.D. Tex.)
Alan A. Wright,
VA Bar No. 46506 (Admitted E.D. Tex.)
Walter D. Davis, Jr.
VA Bar No. 48127 (Admitted E.D. Tex.)
Aldo Noto
VA Bar No. 31567 (Admitted E.D. Tex.)
**DAVIDSON BERQUIST JACKSON &**

**GOWDEY LLP**
8300 Greensboro Dr., Suite 500
McLean, Virginia 22102
Tel.: (571) 765-7700
Fax: (571) 765-7200
djackson@davidsonberquist.com
jay.berquist@davidsonberquist.com
gkrauss@davidsonberquist.com
awright@davidsonberquist.com
wdavis@davidsonberquist.com

Roger D. Sanders
J. Michael Young
**SANDERS, MOTLEY, YOUNG, AND GALLARDO, PLLC**
111 S. Travis Street
Sherman, Texas 75090
Tel.: (903) 892-9133
Fax: (903) 892-4302
rsanders@somlaw.net
myoung@somlaw.net

Lisa B. Blue
**BARON & BLUE**
3300 Oak Lawn Ave., 3rd Floor
Dallas, TX 75219
Tel. 214-532-3102
lblue@baronandblue.com

*Attorneys for Plaintiff Innovation Sciences, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

DATED: June 23, 2021                                    */s/ Donald L. Jackson*
                                                                              Donald L. Jackson