# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTIRCT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br><br>    Plaintiffs<br> v.<br><br>AMAZON.COM, INC., et al.<br><br>    Defendants, | Civil Action No.: 4:18-cv-00474-ALM<br><br>Case Filed: July 5, 2018<br>Judge: Hon. Amos L. Mazzant, III |

## NOTICE OF CROSS-APPEAL

Notice is hereby given that Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon"), defendants in the above-named case, appeal to the United States Court of Appeals for the Federal Circuit from the Court's May 27, 2021 Memorandum Opinion and Order denying Amazon's motion for reasonable attorneys' fees (Dkt. 956) and any other pertinent interlocutory decisions, rulings, or orders.

July 2, 2021                                          Respectfully submitted,

                                                By: */s/ Eric B. Young*
                                                     J. David Hadden
                                                     CA Bar No. 176148 (Admitted E.D. Tex.)
                                                     Email: dhadden@fenwick.com
                                                     Saina S. Shamilov
                                                     CA Bar No. 215636 (Admitted E.D. Tex.)
                                                     Email: sshamilov@fenwick.com
                                                     Ravi R. Ranganath
                                                     CA Bar No. 272981 (Admitted E.D. Tex.)
                                                     Email: rranganath@fenwick.com
                                                   **FENWICK & WEST LLP**
                                                   Silicon Valley Center
                                                   801 California Street
                                                   Mountain View, CA 94041
                                                   Telephone: (650) 988-8500
                                                   Facsimile: (650) 938-5200

                                                   Todd R. Gregorian
                                                   CA Bar No. 236096 (Admitted E.D. Tex.)
                                                   Email: tgregorian@fenwick.com
                                                   Dargaye Churnet
                                                   CA Bar No. 303659 (Admitted E.D. Tex.)
                                                   Email: dchurnet@fenwick.com
                                                   TJ Fox
                                                   CA Bar No. 322938 (Admitted E.D. Tex.)
                                                   Email:  tfox@fenwick.com
                                                   **FENWICK & WEST LLP**
                                                   555 California Street, 12th Floor
                                                   San Francisco, CA 94104
                                                   Telephone: 415.875.2300
                                                   Facsimile:  415.281.1350

                                                   Jeffrey Ware
                                                   CA Bar No. 271603 (Admitted E.D. Tex.)
                                                   Email: jware@fenwick.com
                                                   **FENWICK & WEST LLP**
                                                   1191 Second Avenue, 10th Floor
                                                   Seattle, WA 98101
                                                   Telephone: 206.389.4510
                                                   Facsimile:  206.389.4511

                                                   *Counsel for Defendants*
                                                   AMAZON.COM, INC., AND
                                                   AMAZON WEB SERVICES, INC.

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this documents via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                  */s/ Eric B. Young*
                                                    Eric B. Young