# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTIRCT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br><br>    Plaintiffs<br> v.<br><br>AMAZON.COM, INC., et al.<br><br>    Defendants, | Civil Action No.: 4:18-cv-00474-ALM<br><br>Case Filed: July 5, 2018<br>Judge: Hon. Amos L. Mazzant, III |

## NOTICE OF CROSS-APPEAL

Notice is hereby given that Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon"), defendants in the above-named case, appeal to the United States Court of Appeals for the Federal Circuit from the Court's May 27, 2021 Memorandum Opinion and Order denying Amazon's motion for reasonable attorneys' fees (Dkt. 956) and any other pertinent interlocutory decisions, rulings, or orders.

July 6, 2021                                              Respectfully submitted,

By: /s/ Eric B. Young
    J. David Hadden
    CA Bar No. 176148 (Admitted E.D. Tex.)
    Email: dhadden@fenwick.com
    Saina S. Shamilov
    CA Bar No. 215636 (Admitted E.D. Tex.)
    Email: sshamilov@fenwick.com
    Ravi R. Ranganath
    CA Bar No. 272981 (Admitted E.D. Tex.)
    Email: rranganath@fenwick.com
    **FENWICK & WEST LLP**
    Silicon Valley Center
    801 California Street
    Mountain View, CA 94041
    Telephone: (650) 988-8500
    Facsimile: (650) 938-5200

    Todd R. Gregorian
    CA Bar No. 236096 (Admitted E.D. Tex.)
    Email: tgregorian@fenwick.com
    Dargaye Churnet
    CA Bar No. 303659 (Admitted E.D. Tex.)
    Email: dchurnet@fenwick.com
    TJ Fox
    CA Bar No. 322938 (Admitted E.D. Tex.)
    Email:  tfox@fenwick.com
    **FENWICK & WEST LLP**
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Telephone: 415.875.2300
    Facsimile:  415.281.1350

    Jeffrey Ware
    CA Bar No. 271603 (Admitted E.D. Tex.)
    Email: jware@fenwick.com
    **FENWICK & WEST LLP**
    1191 Second Avenue, 10th Floor
    Seattle, WA 98101
    Telephone: 206.389.4510
    Facsimile:  206.389.4511

    *Counsel for Defendants*
    AMAZON.COM, INC., AND
    AMAZON WEB SERVICES, INC.

2

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this documents via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        */s/ Eric B. Young*
                                          Eric B. Young