NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INNOVATION SCIENCES, LLC,**
*Plaintiff-Appellant*

v.

**AMAZON.COM, INC., AMAZON WEB SERVICES, INC.,**
*Defendants-Appellees*

**AMAZON DIGITAL SERVICES, INC., AMAZON DIGITAL SERVICES, LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON WEB SERVICES, LLC, HTC CORPORATION, RESIDEO TECHNOLOGIES, INC.,**
*Defendants*

---

2021-2111

---

Appeal from the United States District Court for the Eastern District of Texas in Nos. 4:18-cv-00474-ALM, 4:18-cv-00475-ALM, 4:18-cv-00476-ALM, Judge Amos L. Mazzant, III.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, and STARK, *Circuit Judges*.[1]

PER CURIAM.

# O R D E R

Innovation Sciences, LLC filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue September 28, 2022.

FOR THE COURT

September 21, 2022        /s/ Peter R. Marksteiner
Date                     Peter R. Marksteiner
                         Clerk of Court

---

[1] Circuit Judge Cunningham did not participate.